# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:    1

**Case No.:**   14-11492

**Case Name:**   THE TULVING COMPANY, INC

**For Period Ending:**   04/07/2016

**Trustee Name:**   (001890) R. Todd Neilson

**Date Filed (f) or Converted (c):**   05/29/2014 (c)

**§ 341(a) Meeting Date:**   07/02/2014

**Claims Bar Date:**   09/30/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Customer Contact List (u) | 0.00 | 0.00 | | 150,000.00 | FA |
| 2 | Coins and Bullion (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 3 | Accounts Receivable - On The Rocks | 0.00 | 593,434.00 | | 26,000.00 | 567,434.00 |
| 4 | Bank Account Chapter 11 (u) | 0.00 | 0.00 | | 424,798.16 | FA |
| 5 | Other Miscellaneous Receipts (u) | 0.00 | 0.00 | | 4,295.13 | 0.00 |
| 5 | **Assets       Totals      (Excluding unknown values)** | **$0.00** | **$593,434.00** | | **$605,093.29** | **$567,434.00** |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:    2

| | |
|---|---|
| Case No.:   14-11492 | Trustee Name:    (001890) R. Todd Neilson |
| Case Name:   THE TULVING COMPANY, INC | Date Filed (f) or Converted (c):   05/29/2014 (c) |
| | § 341(a) Meeting Date:   07/02/2014 |
| For Period Ending:    04/07/2016 | Claims Bar Date:   09/30/2014 |

**Major Activities Affecting Case Closing:**

The Bankruptcy Estate of The Tulving Company, Inc. ("Tulving") has filed and the Internal Revenue Service ("IRS") has accepted the 2012 and 2013 tax returns.

Tulving Assets:
Ref. # 1  The Customer Contact List was sold through a court approved 363 sale in the amount of $150,000.  The court filed and entered and order approving the sale on January 12, 2015.  The sale was conducted and the estate received $150,000 from the sale.

Ref. #2  The Federal Government seized a number of coins and bullion from the Tulving offices.  The coins continue to be held be the Federal Government.  The value of the coins is of a wide range and currently unknown.  The estate plans to distribute the "Error" Coins to victims of Tulving and sell the remaining "Non-Error" coins.  The Court approved the distribution and sale of the coins on January XX, 2016.

Ref. #3  The Trustee has been collecting funds and communicating with On the Rocks Coin and Jewelry ("OTR") regarding payments to be made on the $593,434 account receivable owed to Tulving.  The Trustee set up a payment plan for OTR, which they followed for 9 payments and then defaulted.  The Trustee is currently working to exercise his rights under the settlement agreement.

This matter is covered under the Trustee's blanket bond and currently no insurance is needed.

The Trustee is investigating numerous possible causes of action against companies and individuals involved in Tulving.  The investigation is on-going.

The Initial Projected Date of Final Report ("TFR") is June 30, 2017.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 06/30/2016 | Current Projected Date Of Final Report (TFR): | 03/31/2017 |

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 14-11492 |
|---|---|
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-***1602 |
| For Period Ending: | 04/13/2016 |

| Trustee Name: | R. Todd Neilson (001890) |
|---|---|
| Bank Name: | UNION BANK |
| Account #: | ******0498 GENERAL CHECKING |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/13/2014 | {4} | THE TULVING COMPANY INC | Funds Transfer from Chapter 11 check no. 300005 | 1290-010 | 54,707.91 | | 54,707.91 |
| 06/17/2014 | 30001 | STOR-IT COSTA MESA | Invoice for June 2014 - Rent for Storage | 6920-000 | | 142.00 | 54,565.91 |
| 07/15/2014 | {4} | CALIFORNIA BANK & TRUST | Funds Transfers Bank Serial #: 0 funds recv from chapter 11 account | 1290-010 | 370,090.25 | | 424,656.16 |
| 07/15/2014 | 30002 | STOR-IT COSTA MESA | Invoice for July 2014 - Rent for Storage | 6920-000 | | 142.00 | 424,514.16 |
| 07/18/2014 | | EAST WEST BANK | Funds Transfer | 9999-000 | | 370,090.25 | 54,423.91 |
| 07/21/2014 | {5} | WILLIS OF NEW YORK INC | Account no. 771062270 | 1290-000 | 4,295.13 | | 58,719.04 |
| 07/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 34.05 | 58,684.99 |
| 08/06/2014 | {1} | GREATCOLLECTION.COM LLC | Deposit - Bank Serial #: 0 | 1229-000 | 15,000.00 | | 73,684.99 |
| 08/13/2014 | | EAST WEST BANK | Funds Transfer - transferred great collection deposit to ewb | 9999-000 | | 15,000.00 | 58,684.99 |
| 08/15/2014 | | EAST WEST BANK | Funds Transfer - | 9999-000 | | 50,000.00 | 8,684.99 |
| 08/19/2014 | 30003 | STOR-IT COSTA MESA | Invoice for August 2014 - Rent for Storage | 6920-000 | | 142.00 | 8,542.99 |

{} Asset Reference(s)

! transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Case No.: 14-11492
Case Name: THE TULVING COMPANY, INC
Taxpayer ID #: **-***1602
For Period Ending: 04/13/2016

Trustee Name: R. Todd Neilson (001890)
Bank Name: UNION BANK
Account #: ******0498 GENERAL CHECKING
Blanket Bond (per case limit): $7,700,000.00
Separate Bond (if applicable): N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 100.82 | 8,442.17 |
| 09/16/2014 | 30004 | STOR-IT COSTA MESA | September 2014 - Rent for Storage | 6920-000 | | 142.00 | 8,300.17 |
| 09/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 51.42 | 8,248.75 |
| 10/15/2014 | 30005 | STOR-IT COSTA MESA | October 2014 - Rent for Storage | 6920-000 | | 142.00 | 8,106.75 |
| 10/23/2014 | 30006 | COUNTY OF ORANGE | Tulving Company Inc - TC Ref no. 0693998, 2014 Personal Property Tax | 7100-000 | | 785.68 | 7,321.07 |
| 10/27/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,306.07 |
| 10/31/2014 | {3} | INFINITY FINANCIAL INC | Proceeds – On the Rocks Bank Serial #: 0 see nt email 10/31/14 | 1121-000 | 6,000.00 | | 13,306.07 |
| 11/06/2014 | | Transfer to Acct #******0514 | Bank Funds Transfer transfer per nick | 9999-000 | | 6,000.00 | 7,306.07 |
| 11/17/2014 | 30007 | STOR-IT COSTA MESA | November 2014 - Rent for Storage | 6920-000 | | 142.00 | 7,164.07 |
| 11/19/2014 | {3} | DESIREA SLOAN & DAVID HALPIN | On the Rocks – Settlement see email from union 11/19/14 | 1121-000 | 3,000.00 | | 10,164.07 |
| 11/19/2014 | | Union Bank | Transfer to Account ******0514 | 9999-000 | | 3,000.00 | 7,164.07 |

{} Asset Reference(s)

! - transaction has not been cleared

**Form 2**

# Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 14-11492 |
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-***1602 |
| For Period Ending: | 04/13/2016 |

| Trustee Name: | R. Todd Neilson (001890) |
| Bank Name: | UNION BANK |
| Account #: | ******0498 GENERAL CHECKING |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/24/2014 | | Union Bank | Transfer of Funds to Rabobank | 9999-000 | | 7,149.07 | 15.00 |
| 11/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 0.00 |
| | | | COLUMN TOTALS | | 453,093.29 | 453,093.29 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 451,239.32 | |
| | | | Subtotal | | 453,093.29 | 1,853.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $453,093.29 | $1,853.97 | |

! - transaction has not been cleared

{} Asset Reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page:   4

| Case No.: | 14-11492 |
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-***1602 |
| For Period Ending: | 04/13/2016 |

| Trustee Name: | R. Todd Neilson (001890) |
| Bank Name: | UNION BANK |
| Account #: | ******0506 Great American - Sales Pr |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | $0.00 |
| (No transactions on file for this period) | | | | | | | |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

*! - transaction has not been cleared*

*{} Asset Reference(s)*

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 14-11492 |
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-***1602 |
| For Period Ending: | 04/13/2016 |

| Trustee Name: | R. Todd Neilson (001890) |
| Bank Name: | UNION BANK |
| Account #: | ******0514 On the Rocks |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/06/2014 | | Transfer from Acct #******0498 | Bank Funds Transfer transfer per nick | 9999-000 | 6,000.00 | | 6,000.00 |
| 11/19/2014 | | Union Bank | Transfer of funds from account ******0498 | 9999-000 | 3,000.00 | | 9,000.00 |
| 11/21/2014 | | Union Bank | Transfer of Funds to Rabobank. | 9999-000 | | 9,000.00 | 0.00 |
| | | | COLUMN TOTALS | | 9,000.00 | 9,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 9,000.00 | 9,000.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

! - transaction has not been cleared

{} Asset Reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-11492 |
|---|---|
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-***1602 |
| For Period Ending: | 04/13/2016 |

| Trustee Name: | R. Todd Neilson (001890) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account #: | ******6766 GENERAL CHECKING |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

Page:   6

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | | Deposit $ | Disbursement $ | Account Balance |
| 11/24/2014 | | EAST WEST BANK | FUND TRANSFER | 9999-000 | | 420,090.25 | | 420,090.25 |
| 11/24/2014 | | UNION BANK | FUND TRANSFER | 9999-000 | | 7,149.07 | | 427,239.32 |
| 12/15/2014 | 101 | STOR-IT COSTA MESA | JANUARY 2015 RENT FOR STORAGE, ORDER DATED 01/13/15, DOC. #209 | 6920-000 | | | 146.00 | 427,093.32 |
| 01/13/2015 | {1} | GREAT COLLECTIONS LLC | PROCEEDS FROM SALE OF CUSTOMER LIST | 1229-000 | | 135,000.00 | | 562,093.32 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | | 770.98 | 561,322.34 |
| 02/04/2015 | 102 | STOR-IT COSTA MESA | FEBRUARY 2015 RENT FOR STORAGE, ORDER DATED 01/13/15, DOC. #209 | 6920-000 | | | 146.00 | 561,176.34 |
| 02/11/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | | -770.98 | 561,947.32 |
| 02/17/2015 | 103 | STOR-IT COSTA MESA | MARCH 2015 RENT FOR STORAGE, ORDER DATED 01/13/15, DOC. #209 | 2410-000 | | | 146.00 | 561,801.32 |
| 02/23/2015 | 104 | WESLEY H. AVERY, ESQ. | PAYMENT OF OMBUDSMAN FEES/EXPENSES | 3991-000 | | | 11,450.99 | 550,350.33 |

{} Asset Reference(s)

!- transaction has not been cleared

Page: 7

## Form 2
## Cash Receipts And Disbursements Record

Case No.: 14-11492
Case Name: THE TULVING COMPANY, INC
Taxpayer ID #: **-***1602
For Period Ending: 04/13/2016

Trustee Name: R. Todd Neilson (001890)
Bank Name: Rabobank, N.A.
Account #: ******9766 GENERAL CHECKING
Blanket Bond (per case limit): $7,700,000.00
Separate Bond (if applicable): N/A

| 1 Transaction Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/2015 | | TRANSFER TO GENERAL FUNDS | TRANSFER TO GENERAL FUNDS | 9999-000 | | 550,000.00 | 350.33 |
| 03/05/2015 | 105 | CITY OF COSTA MESA | PAYMENT FOR BUSINESS LICENCE TAX 2014 | 2820-000 | | 221.00 | 129.33 |
| 03/17/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | 146.00 | | 275.33 |
| 03/17/2015 | 106 | STOR-IT COSTA MESA | APRIL 2015 RENT FOR STORAGE, ORDER DATED 01/13/15, DOC. #209 | 6920-000 | | 146.00 | 129.33 |
| 03/24/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | 1,600.00 | | 1,729.33 |
| 03/24/2015 | 107 | FRANCHISE TAX BOARD | TULVING COMPANY INC., FEIN: 33-0441602, FORM 100-ES, FYE 12/31/2014 | 2820-000 | | 800.00 | 929.33 |
| 03/24/2015 | 108 | FRANCHISE TAX BOARD | TULVING COMPANY INC., FEIN: 33-0441602, FORM 100-ES, FYE 12/31/2015 | 2820-000 | | 800.00 | 129.33 |
| 03/25/2015 | | TRANSFER TO PAY PROFESSIONALS | TRANSFER TO PAY PROFESSIONALS | 9999-000 | 143,430.32 | | 143,569.65 |

{} Asset Reference(s)

*! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Case No.: 14-11492
Case Name: THE TULVING COMPANY, INC
Taxpayer ID #: **-***1602
For Period Ending: 04/13/2016

Trustee Name: R. Todd Nelson (001890)
Bank Name: Rabobank, N.A.
Account #: ******6766 GENERAL CHECKING
Blanket Bond (per case limit): $7,700,000.00
Separate Bond (if applicable): N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/25/2015 | | PACHULSKI STANG ZIEHL & JONES LLP | 50% OF CHAPTER 7 - 1ST INTERIM FEE APPLICATION | 3210-000 | | 107,763.54 | 35,796.11 |
| 03/25/2015 | | BERKELEY RESEARCH GROUP | FIRST INTERIM FEE APP - TRUSTEE - CASE CODE 6774 | 2100-000 | | 2,802.14 | 32,993.97 |
| 03/25/2015 | | BERKELEY RESEARCH GROUP | 50% OF CHAPTER 7 - 1ST INTERIM FEE APP - ACCOUNTANTS | 3310-000 | | 32,864.64 | 129.33 |
| 04/14/2015 | | TRANSFER TO GENERAL CHECKING | TRANSFER TO GENERAL CHECKING | 9999-000 | 146.00 | | 275.33 |
| 04/14/2015 | 109 | STOR-IT COSTA MESA | MAY 2015 RENT FOR STORAGE, ORDER DATED 01/13/15, DOC. #209 | 2420-000 | | 146.00 | 129.33 |
| 05/15/2015 | | TRANSFER TO WRITE CHECKS | | 9999-000 | 146.00 | | 275.33 |
| 05/15/2015 | 110 | STOR-IT COSTA MESA | JUNE 2015 STORAGE RENT, ORDER DATED 01/13/15, DOC. #209 | 2420-000 | | 146.00 | 129.33 |
| 06/15/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | 16.67 | | 146.00 |
| 06/15/2015 | 111 | STOR-IT COSTA MESA | JULY 2015 STORAGE RENT, ORDER DATED 01/13/15, DOC. #209 | 2420-000 | | 146.00 | 0.00 |

{} Asset Reference(s)

!- transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Case No.: 14-11492
Case Name: THE TULVING COMPANY, INC
Taxpayer ID #: **-***1602
For Period Ending: 04/13/2016

Trustee Name: R. Todd Neilson (001890)
Bank Name: Rabobank, N.A.
Account #: ******6766 GENERAL CHECKING
Blanket Bond (per case limit): $7,700,000.00
Separate Bond (if applicable): N/A

Page: 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | 146.00 | | 146.00 |
| 07/17/2015 | 112 | STOR IT COSTA MESA | AUGUST 2015 RENT FOR STORAGE, ORDER DATED 01/13/15, DOC. #209 | 2410-000 | | 146.00 | 0.00 |
| 08/20/2015 | | | Transfer to write checks | 9999-000 | 146.00 | | 146.00 |
| 08/20/2015 | 113 | STOR IT COSTA MESA | SEPTEMBER 2015 RENT FOR STORAGE, ORDER DATED 01/13/15, DOC. #209 | 2410-000 | | 146.00 | 0.00 |
| 09/15/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | 146.00 | | 146.00 |
| 09/15/2015 | 114 | STOR IT COSTA MESA | OCTOBER 2015 RENT FOR STORAGE, ORDER DATED 01/13/15, DOC. #209 | 6920-000 | | 146.00 | 0.00 |
| 10/19/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | 146.00 | | 146.00 |
| 10/19/2015 | 115 | STOR-IT COSTA MESA | NOVEMBER 2015 RENT FOR STORAGE, ORDER DATED 01/13/15, DOC. #209 | 6920-000 | | 146.00 | 0.00 |

{} Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

| Case No.: | 14-11492 |
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-***1602 |
| For Period Ending: | 04/13/2016 |

| Trustee Name: | R. Todd Neilson (001890) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******6766 GENERAL CHECKING |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/17/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | 146.00 | | 146.00 |
| 11/17/2015 | 116 | STOR-IT COSTA MESA | DECEMBER 2015 RENT FOR STORAGE, ORDER DATED 01/13/15, DOC. #209 | 6920-000 | | 146.00 | 0.00 |
| 12/16/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | 146.00 | | 146.00 |
| 12/16/2015 | 117 | STOR-IT COSTA MESA | JANUARY 2016 RENT FOR STORAGE, ORDER DATED 01/04/16, DOC. #393 | 6920-000 | | 146.00 | 0.00 |
| 02/16/2016 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | 156.00 | | 156.00 |
| 02/16/2016 | 118 | STOR-IT COSTA MESA | FEBRUARY 2016 RENT FOR STORAGE, ORDER DATED 01/04/16, DOC. #393 | 6920-000 | | 156.00 | 0.00 |
| 03/14/2016 | | MARCH 2016 RENT FOR STORAGE | MARCH 2016 RENT FOR STORAGE | 9999-000 | 156.00 | | 156.00 |
| 03/14/2016 | 119 | STOR-IT COSTA MESA | MARCH 2016 RENT FOR STORAGE, ORDER DATED 01/04/16, DOC. #393 | 6920-000 | | 156.00 | 0.00 |

{} Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page:  11

| Case No.: | 14-1492 |
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-***1602 |
| For Period Ending: | 04/13/2016 |

| Trustee Name: | R. Todd Neilson (001890) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******6766 GENERAL CHECKING |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/22/2016 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | 161.00 | | 161.00 |
| 03/22/2016 | 120 | STOR-IT COSTA MESA | APRIL 2016 RENT FOR STORAGE, ORDER DATED 01/04/16, DOC. #393 | 6920-000 | | 161.00 | 0.00 |
| 03/29/2016 | | TRANSFER TO WRITE CHECK | TRANSFER TO WRITE CHECK | 9999-000 | 292.00 | | 292.00 |
| 03/29/2016 | 121 | STOR-IT COSTA MESA | MAY & JUNE 2016 RENT FOR STORAGE, ORDER DATED 01/04/16, DOC. #393 | 6920-000 | | 292.00 | 0.00 |
| 04/04/2016 | | TRANSFER TO PAY FTB | TRANSFER TO PAY FTB | 9999-000 | 800.00 | | 800.00 |
| 04/04/2016 | 122 | FRANCHISE TAX BOARD | TULVING COMPANY INC., FEIN 33-0441602, FORM 100-ES, FYE 12/31/2016 Voided on 04/07/2016 | 2820-000 | | 800.00 | 0.00 |
| 04/07/2016 | 122 | FRANCHISE TAX BOARD | TULVING COMPANY INC., FEIN 33-0441602, FORM 100-ES, FYE 12/31/2016 Voided: check issued on 04/04/2016 | 2820-000 | | -800.00 | 800.00 |
| 04/13/2016 | | TRANSFER TO TURNOVER FUNDS | TRANSFER TO TURNOVER FUNDS | 9999-000 | !26,000.00 | | 26,800.00 |

{} Asset Reference(s)

*! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Page: 12

| Case No.: | 14-11492 |
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-***1602 |
| For Period Ending: | 04/13/2016 |

| Trustee Name: | R. Todd Neilson (001890) |
| Bank Name: | Rabobank, N.A. |
| Account #: | *****6766 GENERAL CHECKING |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/13/2016 | | TRANSFER TO TURNOVER FUNDS | TRANSFER TO TURNOVER FUNDS | 9999-000 | ! 416,325.32 | | 443,125.32 |
| | | | | | | | $443,125.32 |

| COLUMN TOTALS | | | 1,152,490.63 | 709,365.31 | |
| | Less: Bank Transfers/CDs | 1,017,490.63 | 550,000.00 | |
| Subtotal | | 135,000.00 | 159,365.31 | |
| | Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | | $135,000.00 | $159,365.31 | |

! - transaction has not been cleared

{} Asset Reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Case No.: 14-11492
Case Name: THE TULVING COMPANY, INC
Taxpayer ID #: **-***1602
For Period Ending: 04/13/2016

Trustee Name: R. Todd Neilson (001890)
Bank Name: Rabobank, N.A.
Account #: ******6767 GENERAL FUNDS
Blanket Bond (per case limit): $7,700,000.00
Separate Bond (if applicable): N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/24/2014 | | EAST WEST BANK | FUND TRANSFER | 9999-000 | | | 15,000.00 |
| 01/15/2015 | 101 | INTERNATIONAL SURETIES LTD | BOND NO. 016030867 | 2300-000 | 15,000.00 | | 15,000.00 |
| | | | | | | 773.02 | 14,226.98 |
| 02/23/2015 | | TRANSFER TO GENERAL FUNDS | TRANSFER TO GENERAL FUNDS | 9999-000 | 550,000.00 | | 564,226.98 |
| 03/17/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | | 146.00 | 564,080.98 |
| 03/24/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | | 1,600.00 | 562,480.98 |
| 03/25/2015 | | TRANSFER TO PAY PROFESSIONALS | TRANSFER TO PAY PROFESSIONALS | 9999-000 | | 143,430.32 | 419,050.66 |
| 04/14/2015 | | TRANSFER TO GENERAL CHECKING | TRANSFER TO GENERAL CHECKING | 9999-000 | | 146.00 | 418,904.66 |
| 04/20/2015 | | NEILSON PARTNERS, LLC | REFUND FROM INTERNATIONAL SURETIES | 1290-000 | 289.88 | | 419,194.54 |
| 05/15/2015 | | TRANSFER TO WRITE CHECKS | | 9999-000 | | 146.00 | 419,048.54 |

{} Asset Reference(s)                                                                                                   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page:    14

| Case No.: | 14-11492 |
|---|---|
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-***1602 |
| For Period Ending: | 04/13/2016 |

| Trustee Name: | R. Todd Neilson (001890) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account #: | ******6767 GENERAL FUNDS |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/15/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | | 16.67 | 419,031.87 |
| 07/17/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | | 146.00 | 418,885.87 |
| 08/20/2015 | | | Transfer to write checks | 9999-000 | | 146.00 | 418,739.87 |
| 09/15/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | | 146.00 | 418,593.87 |
| 10/19/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | | 146.00 | 418,447.87 |
| 11/17/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | | 146.00 | 418,301.87 |
| 12/16/2015 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | | 146.00 | 418,155.87 |
| 01/27/2016 | 102 | INTERNATIONAL SURETIES LTD | BOND NO. 016030867 | 2300-000 | | 265.55 | 417,890.32 |
| 02/16/2016 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | | 156.00 | 417,734.32 |

{} Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 15

| Case No.: | 14-11492 |
| --- | --- |
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-***1602 |
| For Period Ending: | 04/13/2016 |

| Trustee Name: | R. Todd Neilson (001890) |
| --- | --- |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******6767 GENERAL FUNDS |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/14/2016 | | MARCH 2016 RENT FOR STORAGE | MARCH 2016 RENT FOR STORAGE | 9999-000 | | 156.00 | 417,576.32 |
| 03/22/2016 | | TRANSFER TO WRITE CHECKS | TRANSFER TO WRITE CHECKS | 9999-000 | | | 417,417.32 |
| 03/29/2016 | | TRANSFER TO WRITE CHECK | TRANSFER TO WRITE CHECK | 9999-000 | | 161.00 | 417,417.32 |
| 04/04/2016 | | TRANSFER TO PAY FTB | TRANSFER TO PAY FTB | 9999-000 | | 292.00 | 417,125.32 |
| 04/13/2016 | | TRANSFER TO TURNOVER FUNDS | TRANSFER TO TURNOVER FUNDS | 9999-000 | | 800.00 | 416,325.32 |
| | | | | 9999-000 | | 1,416,325.32 | 0.00 |

|  | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 565,289.88 | 565,289.88 | $0.00 |
| Less: Bank Transfers/CDs | | 565,000.00 | 564,251.31 |
| Subtotal | | 289.88 | 1,038.57 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $289.88 | $1,038.57 |

*{} Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Page: 16

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 14-11492 | | | Trustee Name: | R. Todd Neilson (001880) | |
| Case Name: | THE TULVING COMPANY, INC | | | Bank Name: | Rabobank, N.A. | |
| Taxpayer ID #: | **-***1602 | | | Account #: | ******6788 ON THE ROCKS | |
| For Period Ending: | 04/13/2016 | | | Blanket Bond (per case limit): $7,700,000.00 | | |
| | | | | Separate Bond (if applicable): N/A | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/2014 | | UNION BANK | FUND TRANSFER | 9999-000 | | | |
| 12/03/2014 | {3} | DESIREA SLOAN & DAVID HALPIN | On the Rocks - Cash Deposit | 1121-000 | 9,000.00 | | 9,000.00 |
| 12/19/2014 | {3} | Desirea Sloan | Payment of Accounts Receivable | 1121-000 | 3,000.00 | | 12,000.00 |
| 01/06/2015 | {3} | Desirea Sloan | Payment of Account Receivable | 1121-000 | 3,000.00 | | 15,000.00 |
| 02/20/2015 | {3} | Desirea Sloan | Payment of Account Receivables | 1121-000 | 3,000.00 | | 18,000.00 |
| 03/06/2015 | {3} | Desirea Sloan | Payment of Account Receivables | 1121-000 | 3,000.00 | | 21,000.00 |
| 03/23/2015 | {3} | Desirea Sloan | Payment of Account Receivables | 1121-000 | 3,000.00 | | 24,000.00 |
| 04/13/2016 | | TRANSFER TO TURNOVER FUNDS | Payment of Account Receivables | 1121-000 | 2,000.00 | | 26,000.00 |
| | | | TRANSFER TO TURNOVER FUNDS | 9999-000 | | 126,000.00 | 0.00 |

! - transaction has not been cleared

{} Asset Reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page:    17

| Case No.: | 14-11492 |
|---|---|
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-****1602 |
| For Period Ending: | 04/13/2016 |

| Trustee Name: | R. Todd Neilson (001890) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account #: | ******6788 ON THE ROCKS |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 26,000.00 | 26,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 9,000.00 | 26,000.00 | |
| | | | **Subtotal** | | 17,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $17,000.00 | $0.00 | |

! - transaction has not been cleared

{} Asset Reference(s)

Page: 18

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case No.: | 14-11492 |
| Case Name: | THE TULVING COMPANY, INC |
| Taxpayer ID #: | **-***1602 |
| For Period Ending: | 04/13/2016 |

| | |
|---|---|
| Trustee Name: | R. Todd Neilson (001890) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******6768 ON THE ROCKS |
| Blanket Bond (per case limit): | $7,700,000.00 |
| Separate Bond (if applicable): | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0498 GENERAL CHECKING | $453,093.29 | $1,853.97 | $0.00 |
| ******0506 Great American - Sales Pr | $0.00 | $0.00 | $0.00 |
| ******0514 On the Rocks | $0.00 | $0.00 | $0.00 |
| ******6766 GENERAL CHECKING | $135,000.00 | $159,365.31 | $443,125.32 |
| ******6767 GENERAL FUNDS | $289.88 | $1,038.57 | $0.00 |
| ******6768 ON THE ROCKS | $17,000.00 | $0.00 | $0.00 |
| | $605,383.17 | $162,257.85 | $443,125.32 |