1   Linda F. Cantor (CA Bar No. 153762)
    James Hunter (CA Bar No. 73369)
2   PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
3   Los Angeles, California  90067
    Telephone: 310-277-6910
4   Facsimile:  310-201-0760
    E-mail:lcantor@pszjlaw.com
5
    Counsel for Weneta M.A. Kosmala,
6   Chapter 7 Trustee for The Tulving Company, Inc.

7

8                  UNITED STATES BANKRUPTCY COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        SANTA ANA DIVISION

11  In re:                              Case No.: 8:14-bk-11492-ES

12  THE TULVING COMPANY, INC., a        Chapter 7
    California corporation,
13                                      CHAPTER 7 TRUSTEE'S NOTICE OF
14                                      MOTION AND MOTION FOR ORDER
                         Debtor.        DIRECTING FEDERAL RULE OF
15                                      BANKRUPTCY PROCEDURE 2004 ORAL
                                        EXAMINATION OF MARC ONE
16                                      NUMISMATICS, INC.; MEMORANDUM OF
                                        POINTS AND AUTHORITIES IN SUPPORT
17                                      THEREOF; AND DECLARATIONS OF
                                        WENETA M.A. KOSMALA AND LINDA F.
18                                      CANTOR IN SUPPORT THEREOF

19
20                                      [No Hearing Required per LBR 2004-1(d) and
                                        LBR 9013-1(p)(3)]
21
22          TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY

23  JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, MARC ONE

24  NUMISMATICS, INC., AND PARTIES WHO HAVE FILED A REQUEST FOR SPECIAL

25  NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002:

26          PLEASE TAKE NOTICE THAT Weneta M.A. Kosmala, in her capacity as the duly

27  appointed, authorized and acting chapter 7 trustee of the above captioned Debtor's estate (the

28  "Trustee"), hereby moves the Court (the "Motion"), pursuant to Rule 2004 of the Federal Rules of

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:303936.1 59935/002

1  Bankruptcy Procedure ("Rule 2004") and Local Bankruptcy Rule 2004-1 ("LBR 2004-1"), for an

2  Order requiring that Marc One Numismatics, Inc. ( "Marc One"), through its principal Marc Crane,

3  appear for an oral examination pursuant to Rule 2004 with regard to the topics listed on **Exhibit A**

4  attached hereto.

5          The oral examination is necessary because the Trustee has incomplete information

6  concerning certain valuable rare coin transactions between the Debtor and Marc One.  The Debtor

7  did not file its own Schedules of Assets and Liabilities, or a Statement of Financial Affairs, and the

8  records of the Debtor available to the Trustee are limited in detail and scope.  Pursuant to informal

9  agreement, Marc One has provided documentation to the Trustee concerning its rare coin

10  transactions with the Debtor.  However, the Trustee requires additional information concerning these

11  transactions and requires an oral examination of Marc One to determine whether the estate holds any

12  claims for relief against Marc One with regard to the coin transactions.  The matters for which

13  testimony will be required is set forth on **Exhibit A** to the Motion.

14          **PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice of Motion

15  and Motion, the Memorandum of Points and Authorities, the attached *Declaration of Weneta M.A.*

16  *Kosmala* (the "Kosmala Declaration") and *Declaration of Linda F. Cantor* (the "Cantor

17  Declaration"), the pleadings and records on file in the above-captioned bankruptcy case, and on such

18  other matters and further evidence as may be presented to the Court on any hearing relating to this

19  Motion.

20          **PLEASE TAKE FURTHER NOTICE** that if you do not object to the Motion, you need

21  take no further action. However, if you object to the Motion, any motions for protective orders must

22  be filed and served in accordance with LBR 2004-1 and set for hearing.  Any such motion for a

23  protective order must be filed with the Clerk of the United States Bankruptcy Court, and must be

24  served upon counsel for the Trustee at the mailing address indicated in the upper left-hand corner of

25  the first page of this Motion, and upon the Office of the United States Trustee.  Failure to timely file

26  and serve any motion for protective order may result in any such opposition to the oral examination

27  and production of documents and things being waived.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:303936.1 59935/002

1    **PLEASE TAKE FURTHER NOTICE** that, as set forth in the Motion and the Cantor

2    Declaration, pursuant to LBR 2004-1(a) and (b), counsel for the Trustee certifies that good faith

3    efforts were used to meet and confer with Marc One counsel and to arrange for an agreeable date,

4    time, place and scope of examination.

5        **WHEREFORE**, the Trustee respectfully requests that the Court grant the Motion and enter

6    an Order thereon, which is lodged with the Court under separate cover and concurrently herewith in

7    compliance with Local Bankruptcy Rules.

8

9    Dated:    March 6, 2017                **PACHULSKI STANG ZIEHL & JONES LLP**

10

11                                    By    */s/ Linda F. Cantor*
                                            Linda F. Cantor
12                                          James Hunter

13                                          Counsel for Weneta M.A. Kosmala,
                                            Chapter 7 Trustee for the Tulving
14                                          Company, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

DOCS_LA:303936.1 59935/002

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

By the Motion, Weneta M.A. Kosmala, solely in her capacity as Chapter 7 Trustee for The Tulving Company, Inc. (the "Trustee"), seeks an order authorizing her to issue a subpoena duces tecum on Marc One Numismatics, Inc. ("Marc One"), through its principal Marc Crane, pursuant to Federal Rule of Bankruptcy Procedure 2004 ("Rule 2004") for an oral examination. The oral examination is necessary to determine whether the estate may have claims relating to transactions between the Debtor and Marc One for the purchase and sale of valuable rare coins (the "Coins"). The oral examination is anticipated to span between two and three hours.

The proposed date, time, and location of the oral examination are as follows, subject to Court approval of the Motion:

| Examination | Date and Time of Examination | Location of Oral Examination |
|---|---|---|
| Marc One Numismatics, Inc. | March 30, 2017 at 10:00 a.m. (Pacific Time)<br><br>See **Exhibit A** | The law office of Armen R. Vartian, Counsel for Marc One, 1601 N. Sepulveda Blvd, #581, Manhattan Beach, CA 90266 |

The oral examination will be recorded stenographically and by use of interactive Real Time (via the Live Notes software program). The oral examinations may also be videotaped.

## II.

## STATEMENT OF FACTS

### A.    Jurisdiction and Venue

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### B.    The Background of the Debtor's Business

The Debtor, The Tulving Company, Inc. (the "Debtor"), is a California corporation. The Debtor was in the business of selling and purchasing gold, silver, coins, bullion, and other precious

4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

metals through its internet website or by phone.  Prior to the filing of this bankruptcy case, customer

complaints concerning delayed or undelivered orders were increasingly made to the Better Business

Bureau against the Debtor.  In early March 2014, a class action lawsuit was filed against the Debtor

and its principal in the United States District Court for the Northern District of California.  The

Debtor ceased operations on or about March 3, 2014.  Shortly before the commencement of its

bankruptcy proceedings, the Secret Service and the Department of Justice raided the Debtor's

business offices, and seized the Debtor's computers, documents and inventory as part of an ongoing

criminal investigation.

**C.    Procedural Background of Case**

     The Debtor commenced this case by the filing of a voluntary petition for relief under chapter

11 of the Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") on March 10, 2014.  In

light of the pending criminal investigation and other ongoing litigation, on March 18, 2014, the

United States Trustee (the "UST") filed a Stipulation Appointing Chapter 11 Trustee [Docket No.

15] ("Stipulation"), which both the Debtor and its attorney signed.  The Court approved the

Stipulation on March 18, 2014 [Docket No. 16].  On March 21, 2014, the Court entered an Order

approving the UST's Application for the Appointment of a Chapter 11 Trustee, appointing R. Todd

Neilson as Trustee of the Debtor's estate [Docket No. 22].  Thereafter, upon notice and hearing, the

case was converted to a case under chapter 7 of the Bankruptcy Code.  On March 22, 2016, Mr.

Neilson filed his Withdrawal of Trustee [Dockct 564].  The UST filed its Notice of Appointment of

Trustee and Fixing of Bond; Acceptance of Appointment as Trustee dated April 1, 2016 [Docket

566], appointing Weneta M. A. Kosmala as the chapter 7 trustee of the Debtor's estate

**II.**

**THE COURT SHOULD GRANT THE MOTION**

**UNDER THE BROAD REACH OF RULE 2004**

     Federal Rule of Bankruptcy Procedure Rule 2004(a) provides that, "[o]n motion of any party

in interest, the court may order the examination of any entity."  Fed. R. Bank. P. 2004(a); *see also*

Local Bankruptcy Rule 2004-1(b).  The scope of such an examination is extremely broad and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

5

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  includes "acts, conduct, or property or to the liabilities and financial condition of the debtor, or to

2  any matter which may affect the administration of the debtor's estate." Fed. R. Bank. P. 2004(b).

3  The Trustee's request for an oral examination of Marc One is proper and appropriate under this

4  standard.

5      The Trustee is informed and believes that the Debtor and Marc One were involved in various

6  transactions concerning the purchase and sale of valuable rare coins (the "Coin Transactions").  The

7  Debtor's books and records have only limited information concerning these transactions.  By

8  agreement of the parties, Marc One has provided the Trustee with documentation concerning the

9  Coin Transactions and has supplemented such documentation from time to time.  The Trustee has

10  additional questions concerning the Coin Transactions and documents provided by Marc One in

11  order to determine whether the estate has any claims against Marc One relating to the Coin

12  Transactions.  The subject matter of the oral examination is listed on **Exhibit A** hereto.

13      The Trustee has a duty to investigate the financial affairs of the Debtor.  *See* 11 U.S.C. § 704.

14  Therefore, the oral examination of Marc One through its principal Marc Crane is necessary for the

15  Trustee to satisfy his duty to investigate the Debtor's financial affairs and to determine whether the

16  estate holds any claims for relief relating to the Coin Transactions.

17  **III.**

18  **COMPLIANCE WITH LOCAL RULE 2004-1**

19      As set forth in the *Declaration of Linda Cantor* (the "Cantor Decl."), attached hereto, the

20  Trustee's counsel initially contacted Marc One with regard to the Coin Transactions in May 2015.

21  Pursuant to subsequent communications with its counsel, Marc One produced documents concerning

22  the Coin Transactions which it supplemented from time to time at the request of the Trustee's

23  counsel.  The Trustee's professionals, having reviewed the documents provided by Marc One, have

24  additional questions concerning the Coin Transactions and the documents provided by Marc One

25  relating thereto.  Therefore, in January 2017, by voicemail message, counsel for the Trustee

26  contacted counsel for Marc One to advise him that the Trustee requested an oral examination of

27  Marc One's principal, Marc Crane, and that the examination would span between two and three

28  hours.  Subsequently, on February 15, 2017 and February 27, 2017, Trustee's counsel again

6

DOCS_LA:303936.1 59935/002

1    contacted counsel for Marc One to advise him that the Trustee would seek an order of the Court

2    requiring an oral examination of Marc One, through its principal Marc Crane, if they would not

3    agree to schedule an oral examination.  Marc One has not agreed to an oral examination date as

4    requested by the Trustee's counsel.  *See* Cantor Decl. ¶ 3.

5        The proposed oral examination of Marc One cannot proceed under Federal Rules of

6    Bankruptcy Procedure 7030 or 9014 because there is no pending adversary proceeding or contested

7    matter in this bankruptcy case relating to Marc One.

8 **IV.**

9 **CONCLUSION**

10        For the reasons stated herein, the Trustee respectfully requests that the Court grant the

11    Motion.  A form of Order is attached hereto as **Exhibit B** (and lodged separately and concurrently

12    with the filing of this Motion).

13    Dated:    March 6, 2017            PACHULSKI STANG ZIEHL & JONES LLP

14

15                       By:    */s/ Linda F. Cantor*
                             Linda F. Cantor (CA Bar No. 153762)

16                              James Hunter (CA Bar No. 73369)

17                              Counsel for Weneta M.A. Kosmala, Chapter 7
                             Trustee of the Tulving Company, Inc.

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

DOCS_LA:303936.1 59935/002

# EXHIBIT A

## Matters Regarding Which Testimony Will Be Required:

The various transactions concerning the purchase and sale of valuable rare coins involving the Debtor and Marc One (the "Coin Transactions"), Marc One's books and records concerning the Coin Transactions and the documentation previously provided by Marc One to the Trustee concerning the Coin Transactions.

In addition, all facts and documents supporting the attached Schedule A-1, the prices paid and source(s) from which Marc One purchased the coins it sold to the Debtor listed on Schedule A-1 and how to interpret the documents provided to the Trustee concerning the price of the coins purchased by Marc One and sold to the Debtor in order to establish a per coin price for the items listed under category1of the attached Schedule A1.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

**EXHIBIT A-1**

DOCS_LA:303936.1 59935/002

| Presidents | Unit Type | 02 Adams | Buchanan | Filmore | Harrison | Jackson | Madison | Pierce | Polk | Taylor | Tyler | Van Buren | 09 Sac | 01 Sac | 08 MEL MS | Extention |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1) Coins from Marc One to Tulving:** | | | | | | | | | | | | | | | | |
| rf #62046 10/14/10 | Qty. | 225 | | | | 175 | 600 | | | | | | | | | 1000 |
| rf #59598 10/20/10 | Qty. | | | 200 | 200 | | | | 200 | | 200 | 400 | | | | 1650 |
| rf #62077 11/3/10 | Qty. | 2000 | | | | | | | | | | | | | | 2000 |
| rf #62109 11/4/10 | Qty. | 400 | 400 | 400 | 400 | 25 | 625 | 400 | 400 | 400 | 400 | 400 | | | | 4300 |
| rf #62113 11/8/10 | Qty. | 600 | 550 | 3000 | 1375 | | | 1000 | 1400 | 3000 | 850 | 825 | | 300 | | 13200 |
| | | | | | | | | | | | | | | | | |
| **2) Coins split with Tulving from Conturs 1/11/11** | Approx. Qty. | | | 2000 | | | | | | 2000 | | | 2000 | | | 6000 |
| **3) $40K split w/Tulving (2/9/11 loan from Gugassian paid Conturs)** | Approx. Qty. | 8300 | | | | | | | | | | | | | | 8300 |
| (Using same $65 rate/coin for approx. qty.) | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **Tulving Approx. Had =** | | 10350 | 1225 | 950 | 5600 | 1975 | 200 | 1225 | 1600 | 2000 | 5600 | 1450 | 1625 | 2300 | 300 | 36400 |
| | | | | | | | | | | | | | | | | |
| **4) Coins returned to Marc One by Tulving:** | Qty. | 0 | -625 | -525 | -3000 | -3375 | 0 | 0 | -995 | -1405 | -3000 | -850 | -825 | | -300 | -13200 |
| | | | | | | | | | | | | | | | | |
| **5) Difference between the known Types. What Tulving had vs returned to Marc 1:** | Qty. | 0 | 600 | 425 | 2600 | 600 | 0 | 0 | 605 | 595 | 2600 | 600 | 800 | 2000 | 0 | 0 |
| | | | | | | | | | | | | | | | | |
| **6) Coins sold to Lipton 11/6/2014 by Marc One:** | Qty. | 1200 | 650 | 600 | 625 | 1925 | 0 | 25 | 1235 | 1375 | 7225 | 1625 | 2825 | 4947 | 1600 | 1 | 31248 |
| Coins Sold to Lipton 11/6/2014 by Marc One | Qty. | 1200 | 650 | 600 | 625 | 1925 | 0 | 25 | 1235 | 1375 | 7225 | 1625 | 2825 | 4947 | 1600 | 1 | 31248 |

**7) Bought from Byers and ultimately sold to KLRC + Tulving Returns of 13,200**

| | |
|---|---|
| Invoice Dated 11/17/2010 $95,000 pd. Ck #41233 | Approx. Qty. 4150 |
| Invoice Dated 11/17/2010 $120,000 Pd. Ck #41234 | Approx. Qty. 5250 |
| Invoice Dated 11/17/2010 $100,000 pd. Ck #41235 | Approx. Qty. 4375 |
| Invoice Dated 11/17/2010 $131,200 Pd. Ck #41236 | Approx. Qty. 5700 |
| Approx. Total = | 19475 |
| Plus Tulving Returns = | 13,200 |
| How you get KLRC = | 32675 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## DECLARATION OF WENETA M.A. KOSMALA

I, Weneta M.A. Kosmala, declare as follows:

1.      I am the duly appointed chapter 7 trustee of the above-captioned bankruptcy case (the "Trustee").

2.      I am making this Declaration in support of the *Motion For Order Directing Federal Rule Of Bankruptcy Procedure 2004 Oral Examination Of Marc One Numismatics, Inc.* (the "Motion"). All terms defined in the Motion shall have the same meanings when used herein.

3.      Except as otherwise indicated, all facts set forth in this Declaration are based on: my personal knowledge, information supplied by my professionals or agents under my supervision, the record in this bankruptcy case or my opinion based on experience, knowledge, and information concerning the estate. If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein.

4.      The Debtor's books and records indicate that the Debtor and Marc One were involved in various transactions concerning the purchase and sale of valuable rare coins. However, the Debtor did not file its own Schedules of Assets and Liabilities, or a Statement of Financial Affairs, and the records of the Debtor available to me and my professionals are limited in detail and scope. Pursuant to informal agreement between my counsel and counsel for Marc One, Marc One has provided documentation concerning its rare coin transactions with the Debtor and has supplemented that documentation from time to time. However, my professionals and I require additional information concerning these transactions and an oral examination of Marc One is necessary to determine whether the estate holds any claims for relief against Marc One with regard to the coin transactions. The matters for which testimony will be required is set forth on **Exhibit A** to the Motion.

5.      As Trustee, I have a duty to investigate the financial affairs of the Debtor. *See* 11 U.S.C. § 704. Therefore, the oral examination of Marc One through its principal Marc Crane is necessary in order that I may satisfy my duty to investigate the Debtor's financial affairs and to determine whether the estate holds any claims for relief relating to the Coins and the transactions.

DOCS_LA:303936.1 59935/002

1        I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct.

3    Executed on this _3rd_ day of March, 2017, at Santa Ana, California.

5                    Weneta M.A. Kosmala

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

### DECLARATION OF LINDA F. CANTOR

I, Linda F. Cantor, declare as follows:

1.      I am an attorney at law duly licensed to practice in all courts in the State of California and in the United States District Court for the Central District of California. I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP, counsel of record for Weneta M.A., the duly appointed chapter 7 trustee of the above-captioned bankruptcy case (the "Trustee").

2.      This Declaration is made in support of the *Motion For Order Directing Federal Rule Of Bankruptcy Procedure 2004 Oral Examination Of Marc One Numismatics, Inc.* (the "Motion"). All terms defined in the Motion shall have the same meanings when used herein. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

3.      I initially contacted Marc One with regard to its transactions with the Debtor for the purchase and sale of valuable rare coins in or about May, 2015. Pursuant to subsequent communications with its counsel, Marc One produced documents concerning the Coin Transactions which it supplemented from time to time upon my request. The Trustee's professionals, having reviewed the documents provided by Marc One, have additional questions concerning the Coin Transactions. Therefore, in January 2017, by voicemail message I contacted counsel for Marc One to advise him that the Trustee requested an oral examination of Marc One's principal, Marc Crane, and that the examination would span between two and three hours. Subsequently, on February 15, 2017 and February 27, 2017, I again contacted counsel for Marc One to advise him that the Trustee would seek an order of the Court requiring an oral examination of Marc One, through its principal Marc Crane, if it would not agree to schedule an oral examination. Marc One has not agreed to an oral examination date as requested by counsel.

4.      The proposed oral examinations of Marc One cannot proceed under Federal Rules of Bankruptcy Procedure 7030 or 9014 because there is no pending adversary proceeding or contested matter in this bankruptcy case relating to Marc One.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

DOCS_LA:303936.1 59935/002

1        I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct.

3        Executed on this 6th day of March, 2017, at Los Angeles, California.

4

5                                       */s/ Linda F. Cantor*_____
                                   Linda F. Cantor

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B**

**FORM OF ORDER**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Linda F. Cantor (CA Bar No. 153762)
James Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:lcantor@pszjlaw.com

Counsel for Weneta M.A. Kosmala, Chapter 7 Trustee
for The Tulving Company, Inc..

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE TULVING COMPANY, INC., a California corporation,<br><br>          Debtor. | Case No.: 8:14-bk-11492-ES<br><br>Chapter 7<br><br>**[PROPOSED] ORDER GRANTING CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER DIRECTING FEDERAL RULE OF BANKRUPTCY PROCEDURE FOR 2004 ORAL EXAMINATION OF MARC ONE NUMISMATICS, INC.** |

Upon consideration of the *Chapter 7 Trustee's Motion for Order Directing Federal Rule of Bankruptcy Procedure 2004 Oral Examination of Marc One Numismatics, Inc* (the "Motion"); *the Memorandum of Points and Authorities in Support Thereof; and the Declarations of Weneta M.A. Kosmala and Linda F. Cantor in Support Thereof* filed by the Chapter 7 Trustee (the "Trustee"); and good cause appearing therefore:

      **IT IS HEREBY ORDERED** that:

      1.    The Motion is granted.

      2.    The Trustee shall issue a subpoena to Marc One Numismatics, Inc., requiring it to submit to oral examination under oath on the date set forth in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3.      The Court shall maintain jurisdiction of this matter.

# # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled **CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER DIRECTING FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 ORAL EXAMINATION OF MARC ONE NUMISMATICS, INC.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND DECLARATIONS OF WENETA M.A. KOSMALA AND LINDA F. CANTOR IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document on **March 6, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **March 6, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 6, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
The Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 6, 2017 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:303936.1 59935/002

**F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Wesley H Avery on behalf of Consumer Privacy Ombudsman Wesley H Avery
wavery@thebankruptcylawcenter.com, lucy@averytrustee.com

Candice Bryner on behalf of Creditor Giuseppe Minuti
candice@brynerlaw.com

Candice Bryner on behalf of Interested Party Candice Bryner
candice@brynerlaw.com

Philip Burkhardt on behalf of Other Professional Karen Duddlesten
phil@burkhardtandlarson.com, stacey@burkhardtandlarson.com

Stephen L Burton on behalf of Attorney Stephen L. Burton
steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Linda F Cantor, ESQ on behalf of Other Professional Pachulski Stang Ziehl & Jones LLP
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee Weneta M Kosmala (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Roger F Friedman on behalf of Defendant Armen Haig Gugasian
rfriedman@rutan.com

Roger F Friedman on behalf of Defendant Levon Gugasian
rfriedman@rutan.com

David L Gibbs on behalf of Creditor Kenneth W Stach
david.gibbs@gibbslaw.com, ecf@gibbslaw.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Lawrence J Hilton on behalf of Creditor Jeffrey Roth
lhilton@onellp.com,
lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel
@onellp.com

James KT Hunter on behalf of Plaintiff R. TODD NEILSON
jhunter@pszjlaw.com

James KT Hunter on behalf of Plaintiff R. Todd Neilson
jhunter@pszjlaw.com

Robbin L Itkin on behalf of Mediator Robbin Itkin
ritkin@linerlaw.com, cbullock@linerlaw.com

John H Kim on behalf of Creditor Ford Motor Credit Company LLC
jkim@cookseylaw.com, jhkim@ecf.courtdrive.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:303936.1 59935/002

1  Weneta M Kosmala (TR)
   ecf.alert+Kosmala@titlexi.com,
2  wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com

3  Nanette D Sanders on behalf of Creditor Levon Gugasian
   becky@ringstadlaw.com
4
   Richard C Spencer on behalf of Interested Party Courtesy NEF
5  rspencer@rspencerlaw.com

6  United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-3.1.PROOF.SERVICE
DOCS_LA:303936.1 59935/002

1  **2. SERVED BY UNITED STATES MAIL:**

**Chapter 7 Trustee**
Weneta M.A. Kosmala
3 MacArthur Place, Suite 760
Santa Ana, CA 92707

**Attorneys for Debtor**
James F. Wyatt, III Wyatt
& Blake, LLP
435 East Morehead Street
Charlotte, NC 28202

Marc J. Crane
Marc One Numismatics, Inc.
P.O. Box 8048
Newport Beach, CA 92658-8048

Marc One Numismatics, Inc.
c/o The law office of Armen R. Vartian
Counsel for Marc One
1601 N. Sepulveda Blvd, #581
Manhattan Beach, CA 90266

Laurence P Nokes on behalf of Interested Party
John Frankel
Nokes & Quinn
410 Broadway St., Ste 200
Laguna Beach, CA 92651

Brent Murdoch
Murdoch & Morris, LLP
114 Pacifica, Ste. 320
Irvine, CA 92618

**Interested Party**
Frye & Hsieh
Douglas J Frye Esquire
24955 Pacific Coast Highway # A201
Malibu, CA 90265

Brian L. Mitteldorf
Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

**Counsel for Creditor Levon Gugasian**
Nanette D. Sanders, Esq. Ringstad &
Sanders LLP
2030 Main Street, Suite 1600
Irvine, CA 92614

Benjamin Bain-Creed
Assistant United States Attorney
Florida Bar #0021436
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202

**Counsel for On the Rocks Jewelry**
**& Rare Coins**
Harlene Miller, Esq.
Harlene Miller Law
17910 Sky Park Circle, Suite 105
Irvine, CA 92614

On the Rocks Jewelry & Rare Coins
Attn: David Halpin and Desirea Sloan
207 N. El Camino Real
San Clemente, CA 92672

Desirea Sloan and David Halpin
265 W. Marquita Unit 4
San Clemente, CA 92672

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:303936.1 59935/002

**F 9013-3.1.PROOF.SERVICE**