1  Linda F. Cantor (CA Bar No. 153762)
   PACHULSKI STANG ZIEHL & JONES LLP
2  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067
3  Telephone: 310-277-6910
   Facsimile: 310-201-0760
4  Email: lcantor@pszjlaw.com
   Counsel to Weneta M. A. Kosmala, Chapter 7 Trustee for
5  The Tulving Company, Inc.

6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                          SANTA ANA DIVISION

10  In re:                                    Chapter 7

11  THE TULVING COMPANY, INC., a              Case No.:8:14-bk-11492-ES
    California corporation,
12                                            NOTICE OF MOTION AND MOTION OF
13            Debtor                          CHAPTER 7 TRUSTEE TO PAY INVOICE
                                              OF GREATCOLLECTIONS.COM D/B/A
14                                            GREAT COLLECTIONS; MEMORANDUM
                                              OF POINTS AND AUTHORITIES;
15                                            DECLARATION OF WENETA M.A.
                                              KOSMALA
16

17                                            [NO HEARING REQUIRED]

18

19         **PLEASE TAKE NOTICE THAT** Weneta M.A. Kosmala, the duly appointed chapter 7

20  trustee (the "Trustee") of the bankruptcy estate of The Tulving Company, Inc. ("Debtor") hereby

21  moves the Court (the "Motion") for authorization to pay the invoice of GreatCollections.com d/b/a

22  Great Collections ("Great Collections"), a copy of which is appended to the Motion as **Exhibit A**.

23  Great Collections provided auctioneer and related services to the Estate pursuant to this Court's

24  order authorizing its retention on or about October 12, 2016.[1]

25

26

27  _____
    [1] *See Order Granting Motion for Order Authorizing the Trustee to (I) Retain GreatCollections.com d/b/a Great
    Collections as Auctioneer, (II) Modify, in part, Asset Distribution Plan, and (III) Set New Opt-Out Deadline for*
28  *Victim/Creditors to Determine Whether to Receive Error Coins in Partial Payment of their Claim and Sell Coins not
    Distributed to Creditors Free and Clear of All Liens, Claims and Interests* [Dkt. No. 634]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Weneta M.A. Kosmala filed concurrently herewith, and any other admissible evidence properly brought before the Court at any hearing hereon.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(f) requires that any response to the Motion be filed with the Bankruptcy Court and served upon Trustee's counsel at the address appearing on the upper-left hand corner of the caption page to this Motion and the Office of the U.S. Trustee no later than fourteen (14) days prior to the Hearing hereon.  The response must be a complete written statement of all reasons in opposition to or in support of the Motion and include declarations, documents and any responding memorandum of points and authorities. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve written opposition may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

**WHEREFORE**, The Trustee respectfully requests that the Court authorize the Trustee to pay the invoice of Great Collections, and grant such other and further relief as is appropriate and just.

Dated:    May 31, 2017                    PACHULSKI STANG ZIEHL & JONES LLP

                                          By    /s/ Linda F. Cantor
                                                Linda F. Cantor

                                                Counsel for Weneta M.A. Kosmala, Chapter 7
                                                Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## MEMORANDUM OF POINTS AND AUTHORITIES

Weneta M.A. Kosmala, the duly appointed chapter 7 trustee (the "Trustee") of the bankruptcy estate of The Tulving Company, Inc. ("Debtor") hereby moves the Court (the "Motion") for authorization to pay the invoice of GreatCollections.com d/b/a Great Collections ("Great Collections"), which was retained by the estate pursuant to this Court's *Order Granting Motion for Order Authorizing the Trustee to (I) Retain GreatCollections.com d/b/a Great Collections as Auctioneer, (II) Modify, in part, Asset Distribution Plan, and (III) Set New Opt-Out Deadline for Victim/Creditors to Determine Whether to Receive Error Coins in Partial Payment of their Claim and Sell Coins not Distributed to Creditors Free and Clear of All Liens, Claims and Interests* [Dkt. No. 634] (the "Retention Order").

In accordance with Sections 327, 328, 330 and 331 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq., (the "Bankruptcy Code"), Great Collections was retained to provide auctioneer and related services including transporting certain valuable coins (the "Error Coins") from Dallas, Texas to Irvine, California, valuation of the Error Coins by submitting the coins to Professional Coin Grading Service ("PCGS") for grading and encapsulation, inventorying the Error Coins and, upon further Court order, shipment of the Error Coins to creditors who were victims of the Debtor's crime ("Victim/Creditors"). Great Collections was paid $20,000 as an advance deposit, and the balance of its fees and expenses is now due. Attached hereto as **Exhibit A** is a copy of Great Collections' invoice for services rendered to the estate.[2]

The Trustee has reviewed Great Collections' invoice and finds the fees to be reasonable and consistent with its prior estimates.[3] In addition, the services provided by Great Collections have benefitted the estate. The Trustee had no ability to substantiate the values ascribed to the Error Coins by the Debtor's coin expert or by Heritage Auctioneers, which were vastly inconsistent. Without a formal valuation, the Error Coins could not be ratably allocated to Victim/Creditors.

[2] Great Collections' auction services, to the extent utilized, will be subject to separate billing on the terms set forth in the Retention Order)
[3] See Declaration of Ian Russell in support of the *Motion for Order Authorizing the Trustee to (I) Retain GreatCollections.com d/b/a Great Collections as Auctioneer, (II) Modify, in part, Asset Distribution Plan, and (III) Set New Opt-Out Deadline for Victim/Creditors to Determine Whether to Receive Error Coins in Partial Payment of their Claim and Sell Coins not Distributed to Creditors Free and Clear of All Liens, Claims and Interests* [Dkt. No. 623] (the "Retention Motion").

1   Through the efforts of Great Collections and PCGS, 15,580 Error Coins have been individually

2   graded and encapsulated, with an aggregate value determination of $2,955,113.  Based on

3   calculations by the Trustee's financial advisors, a ratable distribution of the Error Coins will result in

4   Victim/Creditors who opt-in to receive such coins, receiving value of between 18.73% and 18.77%

5   of their claims.

6       For the foregoing reasons, the Trustee requests that the Court approve the Great Collections'

7   invoice in the amount of $99,885.00, and authorize the Trustee to pay the balance of that invoice in

8   the amount of $79,885.00.

9   Dated:    May 31, 2017              PACHULSKI STANG ZIEHL & JONES LLP

10

11                                      By      /s/ Linda F. Cantor
                                        Linda F. Cantor, Counsel for Weneta M. A. Kosmala,
12                                      Chapter 7 Trustee for The Tulving Company, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# Exhibit A

# Great Collections

GreatCollections Coin Auctions
17500 Red Hill Avenue, Suite 160
Irvine, CA  92614
(949)679-4180
ian@greatcollections.com

**BILL TO**
Tulving Company
Tulving Company (Trustee Weneta Kosmala)

**SHIP TO**
Tulving Company
Tulving Company (Trustee Weneta Kosmala)

**INVOICE Q1857**

**DATE** 05/01/2017   **TERMS** Due on receipt

**DUE DATE** 05/01/2017

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **4060 - Grading Fees**<br>Grading Presidential/Sacagawea Dollars Errors at PCGS 12761 coins @$7 | 1 | 89,327.00 | 89,327.00 |
| **4090 - Professional Services**<br>Dallas Pick-up | 1 | 7,250.00 | 7,250.00 |
| **4090 - Professional Services**<br>Cost of Bond Required by Trustee | 1 | 1,420.00 | 1,420.00 |
| **4090 - Professional Services**<br>Preparation of spreadsheet for c2800 coins that were already graded, detailing each coin, PCGS #s and certification numbers.  24.5 hours @$65 | 1 | 1,592.50 | 1,592.50 |
| **4090 - Professional Services**<br>Adding PCGS pricing to spreadsheet to the c15000 coins.  4.5 hours @$65 | 1 | 295.50 | 295.50 |

| | | | |
|---|---|---|---|
| | | TOTAL | 99,885.00 |
| | | DEPOSIT | 20,000.00 |
| | | **TOTAL DUE** | **$79,885.00** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## DECLARATION OF WENETA M.A. KOSMALA

I, Weneta M.A. Kosmala, declare as follows:

1.      I am the duly appointed chapter 7 trustee of the above-captioned bankruptcy case (the "Trustee"). I am making this Declaration in support of the *Motion To Pay Invoice Of Greatcollections.Com d/b/a Great Collection; Memorandum of Points and Authorities* (the "Motion"). All terms defined in the Motion shall have the same meanings when used herein.

2.      Pursuant to Section 327, 328, 330 and 331 of the Bankruptcy Code, Great Collections was retained to provide auctioneer and related services including transporting the Error Coins from Dallas, Texas to Irvine California, valuation of the Error Coins by submitting the coins to Professional Coin Grading Service for grading and encapsulation, inventorying the Error Coins and, upon further Court order, shipment of the Error Coins to Victim/Creditors.  Great Collections was paid $20,000 as an advance deposit, and the balance of its fees and expenses is now due.  Attached hereto as Exhibit A is a copy of Great Collections' invoice for services rendered to the estate.[1]

3.      I have reviewed Great Collections' invoice and finds the fees to be reasonable and consistent with its prior estimates.[2]  In addition, the services provided by Great Collections have benefitted the estate.  As Trustee, I had no ability to substantiate the values ascribed to the Error Coins by the Debtor's coin expert or by Heritage Auctioneers, which were vastly inconsistent. Without a formal valuation, the Error Coins could not be ratably allocated to Victim/Creditors. Through the efforts of Great Collections and PCGS, 15,580 Error Coins have been individually graded and encapsulated, with an aggregate value determination of $2,955,113.  Based on the calculations by my financial advisors, a ratable distribution of the Error Coins will result in Victim/Creditors who opt in to receive such coins, receiving value of between 18.73% and 18.77% of their claims.

---

[1]  Great Collections' auction services, to the extent utilized, will be subject to separate billing on the terms set forth in the Retention Order.
[2]  See Declaration of Ian Russell in support of the Retention Motion.

1    4.    For the foregoing reasons, as Trustee I request that the Court approve the Great

2    Collections invoice in the amount of $99,885.00, and authorize me to pay the balance of that invoice

3    in the amount of $79,885.00.

4

5    I declare under penalty of perjury under the laws of the United States that the foregoing is

6    true and correct.

7    Executed on this 30 day of May, 2017, at Santa Ana, California.

8

9    _____

10                   Weneta M.A. Kosmala

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:306132.2 59935/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled **MOTION NOTICE OF MOTION AND MOTION TO PAY INVOICE OF RETAIN GREATCOLLECTIONS.COM D/B/A GREAT COLLECTIONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF WENETA M.A. KOSMALA** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 31, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **May 31, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 31, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
The Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☐    Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 31, 2017 | Janice G. Washington | */s/Janice G. Washington* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Michael R Adele on behalf of Defendant
Armen Haig Gugasian
techlitcenter@yahoo.com, kadele@wgllp.com

Michael R Adele on behalf of Defendant
Levon Gugasian
techlitcenter@yahoo.com, kadele@wgllp.com

Wesley H Avery on behalf of Consumer
Privacy Ombudsman Wesley H Avery
wamiracle6@yahoo.com,
wavery@rpmlaw.com

Candice Bryner on behalf of Creditor
Giuseppe Minuti
candice@brynerlaw.com

Candice Bryner on behalf of Interested Party
Candice Bryner
candice@brynerlaw.com

Philip Burkhardt on behalf of Other
Professional Karen Duddlesten
phil@burkhardtandlarson.com,
stacey@burkhardtandlarson.com

Stephen L Burton on behalf of Attorney
Stephen L. Burton
steveburtonlaw@aol.com,
ellie.burtonlaw@gmail.com

Frank Cadigan on behalf of U.S. Trustee
United States Trustee (SA)
frank.cadigan@usdoj.gov

Linda F Cantor, ESQ on behalf of Other
Professional Pachulski Stang Ziehl & Jones
LLP
lcantor@pszjlaw.com, lcantor@pszjlaw.com

David L Gibbs on behalf of Creditor Kenneth
W Stach

david.gibbs@gibbslaw.com,
ecf@gibbslaw.com

Nancy S Goldenberg on behalf of U.S. Trustee
United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Lawrence J Hilton on behalf of Creditor
Jeffrey Roth
lhilton@onellp.com,
lthomas@onellp.com;info@onellp.com;jander
son@onellp.com;crodriguez@onellp.com;lit
@oneil-llp.com

James KT Hunter on behalf of Plaintiff R.
TODD NEILSON
jhunter@pszjlaw.com

James KT Hunter on behalf of Plaintiff R.
Todd Neilson
jhunter@pszjlaw.com

John H Kim on behalf of Creditor Ford Motor
Credit Company LLC
jkim@cookseylaw.com

Weneta M Kosmala (TR)
ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.co
m;kgeorge@kosmalalaw.com

Nanette D Sanders on behalf of Creditor
Levon Gugasian
becky@ringstadlaw.com

Richard C Spencer on behalf of Interested
Party Courtesy NEF
rspencer@rspencerlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2. **SERVED BY UNITED STATES MAIL**:

Chapter 7 Trustee
Weneta M.A. Kosmala
3 MacArthur Place, Suite 760
Santa Ana, CA  92707

Attorneys for Debtor
James F. Wyatt, III
Wyatt & Blake, LLP
435 East Morehead Street
Charlotte, NC 28202

Laurence P Nokes on behalf of Interested
Party John Frankel
Nokes & Quinn
410 Broadway St Ste 200
Laguna Beach, CA 92651

Brent Murdoch
Murdoch & Morris, LLP
114 Pacifica, Ste. 320
Irvine, CA  92618

Interested Party
Frye & Hsieh
Douglas J Frye Esquire
24955 Pacific Coast Highway # A201
Malibu, CA 90265

Counsel for Creditor Levon Gugasian
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
2030 Main Street, Suite 1600
Irvine, CA  92614

Benjamin Bain-Creed
Assistant United States Attorney
Florida Bar #0021436
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:306132.2 59935/002