# EXHIBIT A

| Coin Type | PCGS # | Date | Variety | Grade | PCGS Price Guide | Quantity | Total Value |
|---|---|---|---|---|---|---|---|
| Presidential Dollar - John Adams | 151052 | 2007-P | IDEL | 62 | $ 17 | 1 | $ 17 |
| Presidential Dollar - John Adams | 151052 | 2007-P | IDEL | 63 | 20 | 100 | 2,000 |
| Presidential Dollar - John Adams | 151052 | 2007-P | IDEL | 64 | 30 | 576 | 17,280 |
| Presidential Dollar - John Adams | 151052 | 2007-P | IDEL | 65 | 50 | 166 | 8,300 |
| Presidential Dollar - George Washington | 149317 | 2007 | MEL | 64 | 50 | 2 | 100 |
| Presidential Dollar - Martin Van Buren | 410854 | 2008 | MEL | 64 | 60 | 6 | 360 |
| Presidential Dollar - George Washington | 149317 | 2007 | MEL | 65 | 65 | 3 | 195 |
| Presidential Dollar - Millard Fillmore | 504102 | 2010 | MEL | 62 | 70 | 1 | 70 |
| Presidential Dollar - Martin Van Buren | 410854 | 2008 | MEL | 65 | 70 | 38 | 2,660 |
| Presidential Dollar - William Harrison | 410855 | 2009 | MEL | 64 | 80 | 2 | 160 |
| Presidential Dollar - Millard Fillmore | 504102 | 2010 | MEL | 63 | 85 | 17 | 1,445 |
| Presidential Dollar - Martin Van Buren | 410854 | 2008 | MEL | 66 | 85 | 198 | 16,830 |
| Presidential Dollar - William Harrison | 410855 | 2009 | MEL | 65 | 90 | 72 | 6,480 |
| Native American Dollar | 408373 | 2009 | MEL | 64 | 90 | 53 | 4,770 |
| Presidential Dollar - Zachary Taylor | 504100 | 2009 | MEL | 64 | 90 | 28 | 2,520 |
| Presidential Dollar - John Adams | 151053 | 2007 | MEL | 63 | 100 | 1 | 100 |
| Presidential Dollar - James Buchanan | 504251 | 2010 | MEL | 64 | 100 | 2 | 200 |
| Presidential Dollar - Franklin Pierce | 504101 | 2010 | MEL | 64 | 100 | 2 | 200 |
| Native American Dollar | 408373 | 2009 | MEL | 65 | 105 | 419 | 43,995 |
| Presidential Dollar - Millard Fillmore | 504102 | 2010 | MEL | 64 | 110 | 96 | 10,560 |
| Presidential Dollar - John Adams | 151053 | 2007 | MEL | 64 | 115 | 2 | 230 |
| Presidential Dollar - John Tyler | 410856 | 2009 | MEL | 65 | 115 | 2 | 230 |
| Presidential Dollar - Zachary Taylor | 504100 | 2009 | MEL | 65 | 120 | 498 | 59,760 |
| Presidential Dollar - James Buchanan | 504251 | 2010 | MEL | 65 | 125 | 5 | 625 |
| Presidential Dollar - Millard Fillmore | 504102 | 2010 | MEL | 65 | 125 | 858 | 107,250 |
| Presidential Dollar - William Harrison | 410855 | 2009 | MEL | 66 | 130 | 246 | 31,980 |
| Native American Dollar | 408373 | 2009 | MEL | 66 | 130 | 1,841 | 239,330 |
| Presidential Dollar - Franklin Pierce | 504101 | 2010 | MEL | 65 | 150 | 5 | 750 |
| Presidential Dollar - Zachary Taylor | 504100 | 2009 | MEL | 66 | 150 | 3,182 | 477,300 |
| Presidential Dollar - John Adams | 151053 | 2007 | MEL | 65 | 170 | 2 | 340 |
| Presidential Dollar - James Buchanan | 504251 | 2010 | MEL | 66 | 175 | 1 | 175 |
| Presidential Dollar - Millard Fillmore | 504102 | 2010 | MEL | 66 | 175 | 2,354 | 411,950 |
| Presidential Dollar - William Harrison | 410855 | 2009 | MEL | 67 | 200 | 449 | 89,800 |
| Presidential Dollar - Martin Van Buren | 410854 | 2008 | MEL | 67 | 200 | 104 | 20,800 |
| Presidential Dollar - Franklin Pierce | 504101 | 2010 | MEL | 66 | 275 | 1 | 275 |
| Native American Dollar | 408373 | 2009 | MEL | 67 | 310 | 475 | 147,250 |
| Presidential Dollar - James Madison | 396507 | 2007 | MEL | 65 | 375 | 7 | 2,625 |
| Presidential Dollar - Zachary Taylor | 504100 | 2009 | MEL | 67 | 425 | 1,308 | 555,900 |
| Presidential Dollar - John Adams | 151053 | 2007 | MEL | 66 | 475 | 1 | 475 |
| Presidential Dollar - Millard Fillmore | 504102 | 2010 | MEL | 67 | 550 | 777 | 427,350 |
| Presidential Dollar - James Madison | 396507 | 2007 | MEL | 66 | 650 | 7 | 4,550 |
| Presidential Dollar - Millard Fillmore | 504102 | 2010 | MEL | 68 | 700 | 79 | 55,300 |
| Presidential Dollar - William Harrison | 410855 | 2009 | MEL | 68 | 950 | 38 | 36,100 |
| Native American Dollar | 408373 | 2009 | MEL | 68 | 1,050 | 8 | 8,400 |
| Presidential Dollar - James Madison | 396507 | 2007 | MEL | 67 | 4,000 | 1 | 4,000 |
| Presidential Dollar - Millard Fillmore | 504102 | 2010 | MEL | 69 | 5,500 | 1 | 5,500 |
| Presidential Dollar - Andrew Jackson | 410853 | 2008 | MELSF | 65 | 55 | 1 | 55 |
| Presidential Dollar - James Madison | 403355 | 2007 | MELSF | 65 | 110 | 79 | 8,690 |
| Presidential Dollar - James Madison | 103355 | 2007 | MELSF | 66 | 130 | 395 | 51,350 |
| Presidential Dollar - Andrew Jackson | 410853 | 2008 | MELSF | 66 | 150 | 6 | 900 |
| Presidential Dollar - Andrew Jackson | 410853 | 2008 | MELSF | 67 | 175 | 9 | 1,575 |
| Presidential Dollar - James Madison | 403355 | 2007 | MELSF | 67 | 215 | 153 | 32,895 |
| Presidential Dollar - Andrew Jackson | 410853 | 2008 | MELSF | 68 | 225 | 3 | 675 |

| Coin Type | PCGS # | Date | Variety | Grade | PCGS Price Guide | Quantity | Total Value |
|---|---|---|---|---|---|---|---|
| Native American Dollar | 408374 | 2009 | MELSF | 66 | 300 | 2 | 600 |
| Native American Dollar | 408373 | 2009 | MELSF | 67 | 550 | 5 | 2,750 |
| Native American Dollar | 408374 | 2009 | MELSF | 68 | 850 | 5 | 4,250 |
| Presidential Dollar - John Adams | 151051 | 2007 | ODEL | 63 | 30 | 178 | 5,340 |
| Presidential Dollar - John Adams | 151051 | 2007 | ODEL | 64 | 42 | 413 | 17,346 |
| Presidential Dollar - John Adams | 151051 | 2007 | ODEL | 65 | 75 | 296 | 22,200 |
| | | | | | | 15,580 | $ 2,955,113 |

IDEL - Inverted Doubled Edge Lettering
MEL - Missing Edge Lettering
MELSF - Missing Edge Lettering - Satin Finish
ODEL - Overlapped Doubled Edge Lettering