The Tulving Company (Case 8:14-bk-11492-ES)

| Victim ID | 395 | | | | Allowed Unsecured Claim Amount | | $49,189 |
|---|---|---|---|---|---|---|---|

| Name | PCGS No | Year | Type | Grade | Value | Coins | Total Value |
|---|---|---|---|---|---|---|---|
| Adams | 151052 | 2007-P | IDEL | Grade 64 | $30 | 3 | $90 |
| Adams | 151051 | 2007 | ODEL | Grade 63 | $30 | 1 | $30 |
| Adams | 151051 | 2007 | ODEL | Grade 64 | $42 | 6 | $252 |
| Van Buren | 410854 | 2008 | MEL | Grade 66 | $85 | 2 | $170 |
| Fillmore | 504102 | 2010 | MEL | Grade 65 | $125 | 3 | $375 |
| Harrison | 410855 | 2009 | MEL | Grade 66 | $130 | 1 | $130 |
| Madison | 103355 | 2007 | MELSF | Grade 66 | $130 | 2 | $260 |
| Sacajawea | 408373 | 2009 | MEL | Grade 66 | $130 | 5 | $650 |
| Taylor | 504100 | 2009 | MEL | Grade 66 | $150 | 10 | $1,500 |
| Fillmore | 504102 | 2010 | MEL | Grade 66 | $175 | 7 | $1,225 |
| Harrison | 410855 | 2009 | MEL | Grade 67 | $200 | 4 | $800 |
| Van Buren | 410854 | 2008 | MEL | Grade 67 | $200 | 1 | $200 |
| Madison | 403355 | 2007 | MELSF | Grade 67 | $215 | 2 | $430 |
| Sacajawea | 408373 | 2009 | MEL | Grade 67 | $310 | 1 | $310 |
| Taylor | 504100 | 2009 | MEL | Grade 67 | $425 | 4 | $1,700 |
| Fillmore | 504102 | 2010 | MEL | Grade 67 | $550 | 2 | $1,100 |
| | | | | **Total Value of Error Coins to be Distributed** | | 54 | $9,222 |
| | | | | **% of Total Value to Claim Amount** | | | 18.75% |

___ Please mail the above listed Error Coins to the address listed above

___ I have moved. Please mail the above listed Error Coins to my new address identified below:

Street Address _____

City, State, Zip Code _____

Email Address _____

Telephone Number _____

IDEL = Inverted Doubled Edge Lettering
MEL = Missing Edge Lettering
MELSF = Missing Edge Lettering-Satin Finish
ODEL = Overlapped Doubled Edge Lettering

___ I do not wish to receive the above listed Error Coins. I hereby choose to opt-OUT of the Error Coin Distribution. I understand that it is possible that I might not receive any other form of distribution out of this bankruptcy estate.

_____        _____        _____
Print Name                                          Signature                                                Date

The Tulving Company (Case 8:14-bk-11492-ES)

Victim ID    396                                              Allowed Unsecured Claim Amount    $12,230

| Name | PCGS No | Year | Type | Grade | Value | Coins | Total Value |
|---|---|---|---|---|---|---|---|
| Adams | 151052 | 2007-P | IDEL | Grade 63 | $20 | 1 | $20 |
| Adams | 151051 | 2007 | ODEL | Grade 64 | $42 | 1 | $42 |
| Adams | 151052 | 2007-P | IDEL | Grade 65 | $50 | 2 | $100 |
| Taylor | 504100 | 2009 | MEL | Grade 65 | $120 | 1 | $120 |
| Fillmore | 504102 | 2010 | MEL | Grade 65 | $125 | 1 | $125 |
| Sacajawea | 408373 | 2009 | MEL | Grade 66 | $130 | 2 | $260 |
| Taylor | 504100 | 2009 | MEL | Grade 66 | $150 | 2 | $300 |
| Fillmore | 504102 | 2010 | MEL | Grade 66 | $175 | 2 | $350 |
| Taylor | 504100 | 2009 | MEL | Grade 67 | $425 | 1 | $425 |
| Fillmore | 504102 | 2010 | MEL | Grade 67 | $550 | 1 | $550 |
| | | | | **Total Value of Error Coins to be Distributed** | | 14 | $2,292 |
| | | | | **% of Total Value to Claim Amount** | | | 18.74% |

___ Please mail the above listed Error Coins to the address listed above

___ I have moved. Please mail the above listed Error Coins to my new address identified below:

Street Address        _____

City, State, Zip Code _____

Email Address        _____

Telephone Number     _____

IDEL = Inverted Doubled Edge Lettering
MEL = Missing Edge Lettering
MELSF = Missing Edge Lettering-Satin Finish
ODEL = Overlapped Doubled Edge Lettering

___ I do not wish to receive the above listed Error Coins. I hereby choose to opt-OUT of the Error Coin Distribution. I understand that it is possible that I might not receive any other form of distribution out of this bankruptcy estate.

_____    _____    _____
Print Name                Signature                 Date

The Tulving Company (Case 8:14-bk-11492-ES)

Victim ID   999                                                          Allowed Unsecured Claim Amount

| Name | PCGS No | Year | Type | Grade | Value | Coins | Total Value |
|---|---|---|---|---|---|---|---|
| Adams | 151051 | 2007 | ODEL | Grade 64 | $42 | 1 | $42 |
| | | | | **Total Value of Error Coins to be Distributed** | | 1 | $42 |
| | | | | **% of Total Value to Claim Amount** | | | |

___ Please mail the above listed Error Coins to the address listed above

___ I have moved. Please mail the above listed Error Coins to my new address identified below:

Street Address  _____

City, State, Zip Code  _____

Email Address  _____

Telephone Number  _____

| IDEL = Inverted Doubled Edge Lettering |
| MEL = Missing Edge Lettering |
| MELSF = Missing Edge Lettering-Satin Finish |
| ODEL = Overlapped Doubled Edge Lettering |

___ I do not wish to receive the above listed Error Coins. I hereby choose to opt-OUT of the Error Coin Distribution. I understand that it is possible that I might not receive any other form of distribution out of this bankruptcy estate.

_____      _____      _____
Print Name                                      Signature                                       Date

15,580    $2,955,113