# EXHIBIT C

The Tulving Company (Case 8:14-bk-11492-ES)                                    Claim Number [XX-X]

[Victim Name]                                                      Allowed Unsecured Claim Amount [$XX,XXX]
[Addresss]                          [State]    [Zip]
[Telephone No.]                     [Victim Email Address]

| Name | PCGS No | Year | Type | Grade | Value | Coins | Total Value |
|---|---|---|---|---|---|---|---|
| Adams | 151052 | 2007-P | IDEL | Grade 64 | $30 | 2 | $60 |
| Van Buren | 410854 | 2008 | MEL | Grade 65 | $70 | 2 | $140 |
| Sacajawea | 408373 | 2009 | MEL | Grade 65 | $105 | 7 | $735 |
| Fillmore | 504102 | 2010 | MEL | Grade 65 | $125 | 2 | $250 |
| Sacajawea | 408373 | 2009 | MEL | Grade 66 | $130 | 4 | $520 |
| Taylor | 504100 | 2009 | MEL | Grade 66 | $150 | 5 | $750 |
| Fillmore | 504102 | 2010 | MEL | Grade 66 | $175 | 4 | $700 |
| Sacajawea | 408373 | 2009 | MEL | Grade 67 | $310 | 1 | $310 |
| Taylor | 504100 | 2009 | MEL | Grade 67 | $425 | 2 | $850 |
| Fillmore | 504102 | 2010 | MEL | Grade 67 | $550 | 1 | $550 |
| | | | **Total Value of Error Coins to be Distributed** | | | 30 | $4,865 |
| | | | **% of Total Value to Claim Amount** | | | | 18.75% |

____ Please mail the above listed Error Coins to the address listed above

____ I have moved. Please mail the above listed Error Coins to my new address identified below:

Street Address  _____

City, State, Zip Code  _____

Email Address  _____

Telephone Number  _____

IDEL = Inverted Doubled Edge Lettering
MEL = Missing Edge Lettering
MELSF = Missing Edge Lettering-Satin Finish
ODEL = Overlapped Doubled Edge Lettering

____ I do not wish to receive the above listed Error Coins. I hereby choose to opt-OUT of the Error Coin Distribution. I understand that it is possible that I might not receive any other form of distribution out of this bankruptcy estate.

_____        _____        _____
Print Name                              Signature                             Date