Linda F. Cantor (CA Bar No. 153762)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: lcantor@pszjlaw.com

Counsel for Weneta M.A. Kosmala, Chapter 7 Trustee
for The Tulving Company, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re:<br><br>THE TULVING COMPANY, INC., a California corporation,<br><br>                         Debtor. | Case No.: 8:14-bk-11492-ES<br><br>Chapter 7<br><br>**STIPULATION RE: (1) LIMITED OPPOSITION TO MOTION TO APPROVE AND AUTHORIZE THE DEBTOR TO ENTER INTO SUPPLEMENTAL CONSENT ORDER WITH THE UNITED STATES COMMODITY FUTURE TRADING COMMISSION [DKT. NO. 666]; AND (2) LIMITED OPPOSITION TO MOTION FOR ORDER (I) APPROVING COIN VALUATIONS AND DISTRIBUTION SCHEDULE OF ERROR COINS TO VICTIM/ CREDITORS, AND (II) GRANTING RELATED RELIEF PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE [DKT. NO. 667]** |
|---|---|

      This Stipulation is entered into by and among Weneta M.A. Kosmala, in her capacity as the duly appointed, authorized and acting chapter 7 trustee of the above captioned Debtor's estate (the "<u>Trustee</u>"), on the one hand, and interested parties Levon Gugasian and Armen Haig Gugasian (the "<u>Gugasians</u>"), on the other hand, through their counsel of record, in reference to the following facts:

### RECITALS

      **WHEREAS**, on March 9, 2016, the former chapter 7 trustee of the Debtor's estate filed Complaints for Avoidance and Recovery of Fraudulent Transfers (the "<u>Complaints</u>") against the

Gugasians, commencing Adversary Proceedings No. 8:16-ap-01083 and 8:16-ap-01084 (collectively, the "Adversary Proceedings"); and

WHEREAS, on May 31, 2017 the Trustee filed and served the *Notice Of Motion and Motion For Order (A) Approving and Authorizing the Trustee and Debtor To Enter Into Supplemental Consent Order Assessing Restitution and Civil Monetary Penalty against Defendants The Tulving Company, Inc. and Hannes Tulving, Jr., (B) Authorizing Hannes Tulving, Jr. to Execute the Supplemental Consent Order With The United States Commodity Future Trading Commission On Behalf Of The Debtor, and (C) For Related Relief Pursuant To Sections 105 and 362* [Dkt. No. 666] (the "Consent Order Motion"); and

WHEREAS, on June 1, 2017, the Trustee filed and served the *Notice Of Motion and Motion For Order (I) Approving Coin Valuations and Distribution Schedule Of Error Coins To Victim/ Creditors, and (II) Granting Related Relief Pursuant To Sections 105 And 363 Of The Bankruptcy Code* [Dkt. No. 667] (the "Coin Distribution Motion")[1]; and

WHEREAS, the Consent Order Motion seeks, *inter alia*, authorization for the Debtor to enter into a Supplemental Consent Order with the United States Commodity Future Trading Commission ("CFTC") for the imposition of a civil monetary penalty of $15,761,432 (plus post judgment interest) against the Debtor's estate (the "Penalty"), subordinated to all general unsecured claims; and

WHEREAS, the Coin Distribution Motion seeks, *inter alia*, approval of the Professional Coin Grading Service valuation of the Error Coins and approval of the Distribution Schedule prepared by the Trustee's financial advisors for the proposed allocation of specific Error Coins to Victim/Creditors on account of their claims; and

WHEREAS, on June 14, 2017, the Gugasians filed a Limited Opposition and Request for Hearing regarding the Consent Order Motion (the "Limited Opposition"). The Limited Opposition objects to the Consent Order Motion to the extent the Trustee is attempting to attribute the Penalty

---

[1] Terms not otherwise defined herein shall have the same meanings as ascribed to them in the Consent Order Motion and the Coin Distribution Motion, as applicable.

DOCS_LA:307008.1 59935/002                                    2

to support the contention in the Complaints that the Debtor was insolvent as of the dates of the transfers that are sought to be avoided in the Adversary Proceedings; and

**WHEREAS**, the Gugasians have also notified the Trustee that they oppose any determination of coin values in connection with the Coin Distribution Motion and any order thereon to the extent such value determination would be binding on the Gugasians for purposes of the Adversary Proceedings (the "Informal Opposition"); and

**WHEREAS**, the Trustee has confirmed that she is not seeking and will not seek to attribute the Penalty to support the contention of insolvency set forth in the Complaints, and

**WHERREAS**, the Trustee has also confirmed that (a) any valuation of the coins pursuant to the Coin Distribution Motion and any order thereon will not be binding on the Gugasians for purposes of the Adversary Proceedings, and (b) the Trustee and the Gugasians shall reserve their respective rights as to the coin values as of all dates for purposes of the Adversary Proceedings; and

**WHEREAS**, the Trustee and the Gugasians wish to resolve the Limited Opposition and the Informal Opposition, obviating the need for a hearing on the Consent Order Motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among the Trustee and the Gugasians as follows:

## STIPULATION

1. The Trustee shall not attribute all or any portion of the Penalty to support the contention of insolvency set forth in the Complaints alleging that the Debtor was insolvent as of the dates of the transfers that are sought to be avoided in the Adversary Proceedings.

2. Any valuation of the coins pursuant to the Coin Distribution Motion and any order thereon will not be binding on the Gugasians for purposes of the Adversary Proceedings, and the Trustee and the Gugasians reserve their respective rights as to the coin values as of all dates for purposes of the Adversary Proceedings.

3. Upon entry of an order approving this Stipulation, (a) the Limited Opposition and request for a hearing on the Consent Order Motion shall be deemed withdrawn by the Gugasians, and (b) the Informal Opposition to the Coin Distribution Motion shall be withdrawn.

4.  This Stipulation may be executed in counterparts, each of which may be transmitted by facsimile or email, and each of which shall be deemed an original, but all of which together shall constitute one instrument.

5.  The Court shall retain jurisdiction to hear any disputes arising from this Stipulation.

Dated: June 28, 2017          PACHULSKI STANG ZIEHL & JONES LLP


By:  /s/ Linda F. Cantor
     Linda F. Cantor
     Counsel for the Chapter 7 Trustee

Dated: June 28, 2017          RUTAN & TUCKER, LLP

By: _____
Roger F. Friedman
Richard K. Howell
Gerard M. Mooney
Caroline R. Djang
Counsel for Interested Parties Levon Gugasian and Armen Haig Gugasian

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067

A true and correct copy of the foregoing document **STIPULATION RE: (1) LIMITED OPPOSITION TO MOTION TO APPROVE AND AUTHORIZE THE DEBTOR TO ENTER INTO SUPPLEMENTAL CONSENT ORDER WITH THE UNITED STATES COMMODITY FUTURE TRADING COMMISSION [DKT. NO. 666]; AND (2) LIMITED OPPOSITION TO MOTION FOR ORDER (I) APPROVING COIN VALUATIONS AND DISTRIBUTION SCHEDULE OF ERROR COINS TO VICTIM/ CREDITORS, AND (II) GRANTING RELATED RELIEF PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE [DKT. NO. 667]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 29, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 29 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 29, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2017 | Janice G. Washington | /s/Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Wesley H Avery on behalf of Consumer Privacy Ombudsman Wesley H Avery
wamiracle6@yahoo.com, wavery@rpmlaw.com

Candice Bryner on behalf of Interested Party Candice Bryner
candice@brynerlaw.com

Philip Burkhardt on behalf of Other Professional Karen Duddlesten
phil@burkhardtandlarson.com, stacey@burkhardtandlarson.com

Stephen L Burton on behalf of Attorney Stephen L. Burton
steveburtonlaw@aol.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Linda F Cantor, ESQ on behalf of Other Professional Pachulski Stang Ziehl & Jones LLP
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee R. Todd Neilson (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

David L Gibbs on behalf of Creditor Kenneth W Stach
david.gibbs@gibbslaw.com, ecf@gibbslaw.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Lawrence J Hilton on behalf of Creditor Jeffrey Roth
lhilton@oneil-llp.com, ssimmons@oneil-llp.com;kdonahue@oneil-llp.com

John H Kim on behalf of Creditor Ford Motor Credit Company LLC
jkim@cookseylaw.com

R. Todd Neilson (TR)
tneilson@brg-expert.com, sgreenan@brg-expert.com;tneilson@ecf.epiqsystems.com;ntroszak@brg-expert.com

Jason S Pomerantz on behalf of Trustee R. Todd Neilson (TR)
jspomerantz@pszjlaw.com, jspomerantz@pszjlaw.com

Nanette D Sanders on behalf of Creditor Levon Gugasian
becky@ringstadlaw.com

Richard C Spencer on behalf of Interested Party Courtesy NEF
rspencer@rspencerlaw.com

United States Trustee (SA)gov

DOCS_LA:307008.1 59935/002

**2. SERVED BY UNITED STATES MAIL**

*Trustee*
Weneta M. Kosmala
Weneta M. Kosmala Law Offices
3 MacArthur Place, #760
Santa Ana, CA 92707

*Counsel for Interested Parties Levon Gugasian and Armen Haig Gugasian*
Roger F. Friedman, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626

Nicholas R. Troszak
Associate Director
Berkeley Research Group, LLC
2049 Century Park East
Suite 2525
Los Angeles, CA 90067

*Attorneys for Debtor*
James F. Wyatt, III
Wyatt & Blake, LLP
435 East Morehead Street
Charlotte, NC 28202

*Laurence P Nokes on behalf of Interested Party* John Frankel
Nokes & Quinn
410 Broadway St Ste 200
Laguna Beach, CA 92651

Brent Murdoch
Murdoch & Morris, LLP
114 Pacifica, Ste. 320
Irvine, CA 92618

*Interested Party*
Frye & Hsieh
Douglas J Frye Esquire
24955 Pacific Coast Highway # A201
Malibu, CA 90265

*Counsel for Creditor Levon Gugasian*
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
2030 Main Street, Suite 1600
Irvine, CA 92614

Benjamin Bain-Creed
Assistant United States Attorney
Florida Bar #0021436
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202

Richard P. Foelber
Chief, Office of Cooperative Enforcement
U.S. Commodity Futures Trading Commission
1155 21st Street, NW
Washington, D.C. 20581

DOCS_LA:307008.1 59935/002

1