Linda F. Cantor (CA Bar No. 153762)
Jason S. Pomerantz (CA Bar No. 157216)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: lcantor@pszjlaw.com
          jspomerantz@pszjlaw.com

Counsel for Weneta M. A. Kosmala, Chapter 7 Trustee
for The Tulving Company, Inc.



**FILED & ENTERED**

**JUL 25 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY duarte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE TULVING COMPANY, INC., a California corporation,<br><br>            Debtor | Case No.: 8:14-bk-11492-ES<br><br>Chapter 7<br><br>**ORDER (I) APPROVING COIN VALUATIONS AND DISTRIBUTION SCHEDULE OF ERROR COINS TO VICTIM/ CREDITORS, AND (II) GRANTING RELATED RELIEF PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE**<br><br>Hearing:<br>Date:    July 13, 2017<br>Time:   10:30 a.m.<br>Place:   411 West Fourth Street<br>             Courtroom 5A<br>             Santa Ana, CA 92701 |

This matter came before the Court upon the *Motion for Order (I) Approving Coin Valuations and Distribution Schedule of Error Coins to Victim/Creditors, and (II) Granting Related Relief Pursuant to Sections 105 and 363 of the Bankruptcy Code* [Dkt. No. 667] (the "Motion")[1] filed by Weneta M. A. Kosmala, in her capacity as the duly appointed, authorized and acting chapter 7 trustee of the above captioned Debtor's estate (the "Trustee").  An unredacted version of Exhibit "B" to the Motion was separately filed under seal [Dkt. No. 669] (the "Distribution Schedule"), and was

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DOCS_LA:307331.1 59935/002

supplemented by the *Supplement to Distribution Schedule Identifying Victim/Creditors Who Have Made a Timely Determination to "Opt-Out" of Receiving the Error Coins Pursuant to the Motion* [Dkt. No. 682 filed under seal] (the "Supplement").

The Court, having reviewed and considered the Motion, the Distribution Schedule and Supplement, the opposition to the Motion filed by Kenneth Christman [Dkt. No. 675] and the Trustee's response thereto [Dkt. No. 679], and the Court having approved the Stipulation by and among the Trustee, Levon Gugasian and Amern Haig Gugasian (together, the "Gugasians"), resolving the Gugasians' limited opposition to the Motion [Dkt. No. 681], and the Court having issued its tentative ruling to grant the Motion and overrule the objections of objecting creditor for the reasons set forth in the Trustee's response to the opposition (the "Tentative Ruling"), and no opposition to the Tentative Ruling having been made on the record at the hearing on the Motion, the Court finding that due and proper notice of the Motion was given and that no further notice is required, and good cause appearing for the granting of the Motion,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted.

2. The valuations of the Error Coins by PCGS in the amounts listed on Exhibit "A" to the Motion are approved.

3. The Trustee's allocation of specific Error Coins to each of the Victim/Creditors as set forth in the Distribution Schedule, as modified by the Supplement, is approved.

4. The Opt-Out Deadline of July 3, 2017 is approved.

5. Any Victim/Creditor who did not send back an "Opt-Out Notice" by the Opt-Out Deadline is by default deemed to have opted-in to receive Error Coins in accordance with the Distribution Schedule, as modified by the Supplement.

6. The Trustee is authorized to distribute the Error Coins to Victim/Creditors in accordance with the Distribution Schedule, as modified by the Supplement.

7. The distribution of Error Coins to Victim/Creditors shall be treated as a distribution of cash to such creditors, of an amount equal to the value of their allocated Error Coins in accordance with the valuations listed on Exhibit "A" to the Motion.

DOCS_LA:307331.1 59935/002

8. The Trustee is authorized to pay GreatCollections the amount of its costs to ship the Error Coins to Victim/Creditors in accordance with the Distribution Modification Order.

9. The Court shall retain jurisdiction to hear and determine any issues or disputes arising from this Order.

### #

Date: July 25, 2017

Erithe Smith
United States Bankruptcy Judge

3

DOCS_LA:307331.1 59935/002