| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Weneta M.A. Kosmala<br>Chapter 7 Bankruptcy Trustee<br>3 MacArthur Place, Suite 760<br>Santa Ana, CA 92707<br>Tel:  714-708-8190<br>Fax:  714-509-1760<br>Email:  weneta.kosmala@7trustee.net<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>THE TULVING COMPANY, INC.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:14-bk-11492-ES<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE**<br><br>**[LBR 2016-2]** |
| | [No hearing unless requested under LBR 9013-1(o)] |

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee filed the following motion for court approval of the trustee's request to make cash disbursements.  The court may grant the motion without a hearing unless you file, and serve on the trustee and the United States trustee, a written opposition to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).  If an opposition is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing.  Failure to file an opposition may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is  10/31/2018  .
3. Cash disbursements period:  _____  to  _____ .
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: 08/01/2017

_____
*Signature of the chapter 7 trustee or the trustee's attorney*

Weneta M.A. Kosmala, Chapter 7 Trustee
*Printed name of the chapter 7 trustee or the trustee's attorney*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                      Page 2                          F 2016-2.2.MOTION.TRUSTEE.DISBURSE

## DECLARATION OF TRUSTEE

I, Weneta M.A. Kosmala_____, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/01/2017 | Weneta M.A. Kosmala, Chapter 7 Trustee | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015        Page 3        F 2016-2.2.MOTION.TRUSTEE.DISBURSE

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

*Insert specific facts of case*:

The Debtor initiated this case by the filing of a Chapter 11 Petition on March 10, 2014, shortly thereafter, Trustee R. Neilson was appointed as Chapter 11 Trustee on March 21, 2014 and on May 29, 2014 the case was converted to one under Chapter 7.  Effective April 1, 2016, Trustee R. Neilson  resigned and Weneta M.A. Kosmala was appointed as successor Chapter 7 Trustee ("Trustee") for the bankruptcy estate of The Tulving Company, Inc. ("Debtor").

Trustee has paid the CA Franchise Tax Board $800 for tax year ending 2016; however penalties have been applied for the late filing in the amount of $57.41 due on 08/07/2017 however an additional penalty may be applied to the late payment of the penalties, therefore, Trustee requests to pay the CA Franchise Tax Board up to $200 for for any prior post petition tax year penalties that may be assessed.  Trustee anticipates that this case will be administered into 2018 and requests authority to pay the CA Franchise Tax Board $800 for 2018 estate administrative tax in order to avoid any interest or penalties.

Trustee has been advised that the Debtor has an amount due for Corporate Statement of Information Forms that were not filed with the CA Secretary of State and estimates that the fees could be as little as $25 however, in an abundance of caution, Trustee is requesting an amount of $500 payable to the CA Secretary of State for any fees and penalties due for the administration of this case.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* Page 4 **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ _____ Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ _____ Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____ Other: _____

$ _____ Other: _____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 5                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

    $ _____ Other: _____

    $ _____ Other: _____

    $ _____ Other: _____

**Total:**  $ _0.00_____  Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

    $ _____ Locksmith Services

    $ _____ Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

    $ _____ Advertising Sale of Assets

    $ _____ Books and Records Destruction Costs

    $ _800.00_____ Postpetition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

    $ _____ Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

    $ _200.00_____ Other: _Interest, and Penalties for any post petition tax_

    $ _500.00_____ Other: _CA SOS Corp. Statement of Information fees_

    $ _____ Other: _____

**Total:**  $ _1,500.00_____  Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

The Debtor initiated this case by the filing of a Chapter 11 Petition on March 10, 2014, shortly thereafter, Trustee R. Neilson was appointed as Chapter 11 Trustee on March 21, 2014 and on May 29, 2014 the case was converted to one under Chapter 7. Effective April 1, 2016, Trustee R. Neilson resigned and Weneta M.A. Kosmala was appointed as successor Chapter 7 Trustee ("Trustee") for the bankruptcy estate of The Tulving Company, Inc. ("Debtor").

Trustee has paid the CA Franchise Tax Board $800 for tax year ending 2016; however penalties have been applied for the late filing in the amount of $57.41 due on 08/07/2017 however an additional penalty may be applied to the late payment of the penalties, therefore, Trustee requests to pay the CA Franchise Tax Board up to $200 for for any prior post petition tax year penalties that may be assessed. Trustee anticipates that this case will be administered into 2018 and requests authority to pay the CA Franchise Tax Board $800 for 2018 estate administrative tax in order to avoid any interest or penalties.

Trustee has been advised that the Debtor has an amount due for Corporate Statement of Information Forms that were not filed with the CA Secretary of State and estimates that the fees could be as little as $25 however, in an abundance of caution, Trustee is requesting an amount of $500 payable to the CA Secretary of State for any fees and penalties due for the administration of this case.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*       Page 6      **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3 MacArthur Place, Suite 760
Santa Ana, CA 92707

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/03/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 08/03/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/03/2017 | Janine Fountain | /s/ Janine Fountain |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 7    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- Wesley H Avery    wavery@thebankruptcylawcenter.com, lucy@averytrustee.com
- Candice Bryner    candice@brynerlaw.com
- Philip Burkhardt    phil@burkhardtandlarson.com, stacey@burkhardtandlarson.com
- Stephen L Burton    steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Roger F Friedman    rfriedman@rutan.com
- David L Gibbs    david.gibbs@gibbslaw.com, ecf@gibbslaw.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Lawrence J Hilton    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
- James KT Hunter    jhunter@pszjlaw.com
- Robbin L Itkin    ritkin@linerlaw.com, cbullock@linerlaw.com
- John H Kim    jkim@cookseylaw.com, jhkim@ecf.courtdrive.com
- Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- Nanette D Sanders    becky@ringstadlaw.com
- Richard C Spencer    rspencer@rspencerlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:

Berkeley Research Group LLC
2049 Century Park East
Suite 2525
Los Angeles, CA 90067

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

William C Berry
PO Box 686
Carlsborg, WA 98324

Kenneth D Christman
1965 Loma Linda Ln
Dayton, OH 45459

Creditors Adjustment Bureau Inc
14226 Ventura Blvd
Sherman Oaks, CA 91423

Rick Davidson
680 Pinyan Ln
Canton, GA 30115

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

Vickie Davidson
680 Pinyan Ln
Canton, GA 30115

James W Hancock
201 S Second St Ste 208
Fort Pierce, FL 34950

Karl Klein
Klein Law Firm PL
1001 Brickell Bay Dr, Ste 1812
Miami, FL 33131

Laurence P Nokes
Nokes & Quinn
410 Broadway St Ste 200
Laguna Beach, CA 92651

Kendra Pearsall
14501 County Rd 3
Longmont, CO 80504

M. Anthony Speena
1009 Pearce Dr #308
Clearwater, FL 33764

Ronald Steward
1664 Toronto Rd #4
Springfield, Il 62712

Catherine J Taylor
4572 Beachcomber Ct
Boulder, CO 80301

The Tulving Company Inc
P.O. Box 6200
Newport Beach, CA 92658

Linda M Workman
4/4 Hindle Terrace
BELLA VISTA NSW 2153,

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**