Linda F. Cantor (CA Bar No. 153762)
Jason S. Pomerantz (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: lcantor@pszjlaw.com

Counsel for Weneta M. A. Kosmala, Chapter 7 Trustee for
The Tulving Company, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE TULVING COMPANY, INC., a California corporation,<br><br>Debtor. | Case No.: 8:14-bk-11492-ES<br><br>Chapter 7<br><br>**TRUSTEE'S RESPONSE TO MOTION TO OPT OUT OF THE ERROR COIN DISTRIBUTION IN LIEU OF CASH DISTRIBUTION**<br><br>Hearing:<br>Date: October 12, 2017<br>Time: 10:30 a.m.<br>Place: 411 West Fourth Street<br>Courtroom 5A<br>Santa Ana, CA 92701 |

Weneta M.A. Kosmala, the duly appointed and acting chapter 7 trustee ("Trustee') in the above-captioned case of The Tulving Company Inc. (the "Debtor"), hereby files her response to the *Motion to Opt-Out of the Error Coin Distribution in Lieu of Cash Distribution* [Dkt. No. 708] (the "Opt-Out Motion") filed by creditor Igor Pavlovsky, and respectfully represents as follows:

DOCS_LA:309255.1 59935/002

# I.

# DISCUSSION

The Trustee's professionals are in the process of distributing Error Coins to Victim/Creditors as requested by the Trustee and as authorized by the Court.[1] Victim/Creditors who did not wish to receive Error Coins were required to fill out an "opt-out" form and return it to the Trustee. Victim/Creditors who did not expressly and timely opt-out of receiving their allocated Error Coins are deemed, by default, to have opted-in.[2]

As noted in the Opt-Out Motion, in February 2016, Mr. Pavlovsky notified the Trustee's professionals of his wish to "opt-out" of receiving Error Coins in connection with an asset distribution plan which had been approved by the prior trustee and the Government. However, that distribution plan was found to be untenable as it was premised on a valuation later determined to be incomplete and faulty.[3] Therefore, in October 2016, the Trustee requested and obtained a Court order authorizing her to modify the prior distribution plan, retain coin valuation experts, and set a new opt-out deadline for the receipt of Error Coins.[4] Following the completion of the new coin valuation by Professional Coin Grading Service, the Trustee filed and served the Distribution Motion which explained in detail the new distribution schedule, notified Victim/Creditors of their allocated Error Coins and provided an opportunity to opt-out of receiving Error Coins by July 3, 2017. Mr. Pavlovsky did not do so.

There are 376 Victim/Creditors in this case. Thirty (30) of those Victim/Creditors determined to opt-out of receiving Error Coins in 2016 under the prior asset distribution plan (the "Initial Opt-Out Parties"). In response to the Distribution Motion and Distribution Order, only

---

[1] *See Motion for Order (I) Approving Coin Valuations and Distribution Schedule of Error Coins to Victim/Creditors, and (II) Granting Related Relief Pursuant to Sections 105 and 363 of the Bankruptcy Code* filed June 1, 2017 [Dkt. No. 667] (the "Distribution Motion") and the Order thereon entered July 25, 2017 [Dkt. No. 689] (the "Distribution Order").
[2] Distribution Order at paragraph 4.
[3] Debtor respectfully requests that the Court take judicial notice of the pleadings in this Case pursuant to Federal Rule of Evidence 201.
[4] *See Application to Employ GreatCollections.com as Auctioneer Notice Of Motion And Motion For Order Authorizing The Trustee To (I) Retain GreatCollections.Com D/B/A Great Collections As Auctioneer, (Ii) Modify, In Part, Asset Distribution Plan, And (Iii) Set New Opt-Out Deadline For Creditors To Determine Whether To Receive Error Coins In Partial Payment Of Their Claims And Sell Coins Not Distributed To Creditors Free And Clear Of Liens, Claims And Interests* dated September 1, 2016 [Dkt. No. 623] and Order thereon dated October 12, 2016 [Dkt. No. 634].

DOCS_LA:309255.1 59935/002

eleven (11) of the Initial Opt-Out Parties failed to notify the Trustee's professionals of their opt-in / opt-out determination (the "Subject Victim/Creditors").  Mr. Pavlovsky is one of those eleven Subject Victim/Creditors.

While the Trustee believes that full and adequate notice (and a detailed explanation) of the revised distribution plan and opt-out deadline were provided to all Victim/Creditors, the Trustee appreciates that there may have been some confusion among the Subject Victim/Creditors that their prior opt-out determination was not applicable to the new opt-out deadline set under the Distribution Order.  Therefore, only with respect to the Subject Victim/Creditors, and subject to approval by the Court, the Trustee will agree to enter into a stipulation to allow the Subject Victim/Creditors to opt-out of receiving Error Coin under the following terms:

The Subject Victim/Creditor must provide written notice to the Trustee's professionals that (i) they do not wish to receive their allocated Error Coins, and (ii) acknowledge that it is possible that such Subject Victim/Creditor might not receive any other form of distribution out of this bankruptcy estate.  Such notice may be in the form of Exhibit B to the Distribution Motion sent to each Subject Victim Creditor.[5]  Notice of a Subject Victim/Creditor's opt-out determination must be given to the Trustee's professional either (a) prior to the delivery of their Error Coins, or (b) no later than five (5) days after receiving their Error Coins.  Finally. if the Subject Victim/Creditor has already received their Error Coins and wishes to return them, they must certify that they are returning the same Error Coins that were shipped to them.  The foregoing terms will be incorporated into a stipulation which will be presented to the Court for approval.

By the Opt-Out Motion and the opt-out notice appended as Exhibit D to the Opt-Out Motion, Mr. Pavlovsky has provided notice of his intent to opt-out of receiving his Error Coins and he has acknowledged that it is possible that such Subject Victim/Creditor might not receive any other form of distribution out of this bankruptcy estate.  The Error Coins allocated to Mr. Pavlovsky were not shipped pending determination of the Opt-Out Motion, so there are no coins to return.  Provided that the Court approves the Opt-Out Motion, the Trustee will have authority to dispose of

---

[5] See Exhibit B to Distribution Motion [Dkt. 667].

3

DOCS_LA:309255.1 59935/002

the Error Coins that had otherwise been allocated to Mr. Pavlovsky as described in the Distribution Motion. In the alternative, the Trustee is agreeable to enter into a stipulation with Mr. Pavlovsky under the terms set forth above.

## II.

## CONCLUSION

WHEREFORE, under the circumstances, the Trustee does not oppose the Opt-Out Motion.

Dated:   September 28, 2017    PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Linda F. Cantor*
     Linda F. Cantor

     Counsel for R. Weneta M.A. Kosmala, Chapter 7 Trustee of The Tulving Company, Inc.

4

DOCS_LA:309255.1 59935/002

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document **TRUSTEE'S RESPONSE TO MOTION TO OPT OUT OF THE ERROR COIN DISTRIBUTION IN LIEU OF CASH DISTRIBUTION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 28, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **September 28, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 28, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Legal Vision Messenger on September 29, 2017*
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

*Via electronic mail to igor.pavlovsky@yahoo.com*
Igor Pavlosvsky
150 W. Superior 701
Chicago, IL  60654

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 28, 2017 | Janice G. Washington | */s/Janice G. Washington* |
|---|---|---|
| Date | Printed Name | Signature |

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

Wesley H Avery on behalf of Consumer Privacy Ombudsman Wesley H Avery
wamiracle6@yahoo.com, wavery@rpmlaw.com

Candice Bryner on behalf of Interested Party Candice Bryner
candice@brynerlaw.com

Philip Burkhardt on behalf of Other Professional Karen Duddlesten
phil@burkhardtandlarson.com, stacey@burkhardtandlarson.com

Stephen L Burton on behalf of Attorney Stephen L. Burton
steveburtonlaw@aol.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Linda F Cantor, ESQ on behalf of Other Professional Pachulski Stang Ziehl & Jones LLP
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee R. Todd Neilson (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

David L Gibbs on behalf of Creditor Kenneth W Stach
david.gibbs@gibbslaw.com, ecf@gibbslaw.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Lawrence J Hilton on behalf of Creditor Jeffrey Roth
lhilton@oneil-llp.com, ssimmons@oneil-llp.com;kdonahue@oneil-llp.com

John H Kim on behalf of Creditor Ford Motor Credit Company LLC
jkim@cookseylaw.com

R. Todd Neilson (TR)
tneilson@brg-expert.com, sgreenan@brg-expert.com;tneilson@ecf.epiqsystems.com;ntroszak@brg-expert.com

Jason S Pomerantz on behalf of Trustee R. Todd Neilson (TR)
jspomerantz@pszjlaw.com, jspomerantz@pszjlaw.com

Nanette D Sanders on behalf of Creditor Levon Gugasian
becky@ringstadlaw.com

Richard C Spencer on behalf of Interested Party Courtesy NEF
rspencer@rspencerlaw.com

United States Trustee (SA)gov

DOCS_LA:309255.1 59935/002

**2. SERVED BY UNITED STATES MAIL**

Weneta M. Kosmala Law Offices
3 MacArthur Pl # 760
Santa Ana, CA 92707

Debtor
The Tulving Company Inc.
2049 Century Park East, Suite 2525
Los Angeles, CA 90067-3225

Counsel for Debtor
Andrew S Bisom
The Bisom Law Group
8001 Irvine Center Drive, Suite 1170
Irvine, CA 92618

James F. Wyatt, III
Wyatt & Blake, LLP
435 East Morehead Street
Charlotte, NC 28202

Laurence P Nokes on behalf of Interested Party John Frankel
Nokes & Quinn
410 Broadway St Ste 200
Laguna Beach, CA 92651

Kevin Zolot
Assistant U.S. Attorney
United States Attorney's Office
Western District North Carolina
227 West Trade Street
Charlotte, NC 28202

Benjamin Bain-Creed
Assistant United States Attorney
Florida Bar #0021436
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202

Accountants for Landlord
Brent Murdoch
Murdoch & Morris, LLP
114 Pacifica, Ste. 320
Irvine, CA 92618

Interested Party
Frye & Hsieh
Douglas J Frye Esquire
24955 Pacific Coast Highway # A201
Malibu, CA 90265

Counsel for Creditor Levon Gugasian
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
2030 Main Street
Suite 1600
Irvine, CA 92614

Harlene Miller, Esq.
Harlene Miller Law
17910 Sky Park Circle, Suite 105
Irvine, CA 92614

On the Rocks Jewelry & Rare Coins
Attn: David Halpin and Desirea Sloan
207 N. El Camino Real
San Clemente, CA 92672

Richard P. Foelber
Chief, Office of Cooperative Enforcement
U.S. Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

DOCS_LA:309255.1 59935/002