| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Linda F. Cantor (CA Bar No. 153762)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4003<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: lcantor@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Counsel for Weneta M.A. Kosmala, Chapter 7 Trustee for The Tulving Company, Inc. | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION** ||
| *In re:*<br><br>THE TULVING COMPANY, INC., a California corporation,<br><br>      Debtor. | CASE NO.: 8:14-bk-11492-ES<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER (A) APPROVING AND AUTHORIZING THE DEBTOR TO ENTER INTO SUPPLEMENTAL CONSENT ORDER ASSESSING RESTITUTION AND CIVIL MONETARY PENALTY AGAINST DEFENDANTS THE TULVING COMPANY, INC. AND HANNES TULVING, JR. (B) AUTHORIZING HANNES TULVING, JR. TO EXECUTE THE SUPPLEMENTAL CONSENT ORDER WITH THE UNITED STATES COMMODITY FUTURE TRADING COMMISSION ON BEHALF OF THE DEBTOR, AND (C) FOR RELATED RELIEF PURSUANT TO SECTIONS 105 AND 362 OF THE BANKRUPTCY CODE**<br><br>**[Relates to Docket No. 720]** |

**PLEASE TAKE NOTICE THAT** the *Order (A) Approving And Authorizing The Debtor To Enter Into Supplemental Consent Order Assessing Restitution And Civil Monetary Penalty Against Defendants The Tulving Company, Inc. And Hannes Tulving, Jr. (B) Authorizing Hannes Tulving, Jr. To Execute The Supplemental Consent Order With The United States Commodity Future Trading Commission On Behalf Of The Debtor, And (C) For Related Relief Pursuant To Sections 105 And 362 Of The Bankruptcy Code* was lodged on December 1, 2017, and is attached hereto as **Exhibit A**. This Order relates to the Motion, which is docket number 720.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                             Page 1                             **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:307406.2 59935/002

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　Page 1　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:307406.2 59935/002

Linda F. Cantor (CA Bar No. 153762)
Jason S. Pomerantz (CA Bar No. 157216)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: lcantor@pszjlaw.com
          jspomerantz@pszjlaw.com

Counsel for Weneta M. A. Kosmala, Chapter 7 Trustee
for The Tulving Company, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE TULVING COMPANY, INC., a California corporation,<br><br>                    Debtor | Case No.: 8:14-bk-11492-ES<br><br>Chapter 7<br><br>**ORDER (A) APPROVING AND AUTHORIZING THE DEBTOR TO ENTER INTO SUPPLEMENTAL CONSENT ORDER ASSESSING RESTITUTION AND CIVIL MONETARY PENALTY AGAINST DEFENDANTS THE TULVING COMPANY, INC. AND HANNES TULVING, JR. (B) AUTHORIZING HANNES TULVING, JR. TO EXECUTE THE SUPPLEMENTAL CONSENT ORDER WITH THE UNITED STATES COMMODITY FUTURE TRADING COMMISSION ON BEHALF OF THE DEBTOR, AND (C) FOR RELATED RELIEF PURSUANT TO SECTIONS 105 AND 362 OF THE BANKRUPTCY CODE**<br><br>Hearing:<br>Date:  November 30, 2017<br>Time: 10:30 a.m.<br>Place:  411 West Fourth Street<br>           Courtroom 5a<br>           Santa Ana, Ca  92701 |

This matter came before the Court upon the *Renewed Motion For Order (A) Approving And Authorizing the Trustee and Debtor to Enter Into Supplemental Consent Order Assessing Restitution and Civil Monetary Penalty against Defendants The Tulving Company, Inc. and Hannes Tulving, Jr.*

DOCS_LA:307406.2 59935/002

*(B) Authorizing Hannes Tulving, Jr. to Execute the Supplemental Consent Order With The United States Commodity Future Trading Commission on Behalf of The Debtor, and (C) For Related Relief Pursuant to Sections 105 and 362 of the Bankruptcy Code* [Dkt. No. 720] (the "Motion")[1] filed by Weneta M. A. Kosmala, in her capacity as the duly appointed, authorized and acting chapter 7 trustee ("Trustee") of the estate of the Tulving Company, Inc., the debtor herein (the "Debtor").

The Court, having reviewed and considered the Motion and supporting declaration, and the Court finding that due and proper notice of the Motion was given and that no further notice is required, no response or opposition to the Motion having been filed, and pursuant to the Tentative Ruling by the Court no appearance by the movant at the scheduled hearing was required, and good cause appearing for the granting of the Motion,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted.

2. The Debtor is authorized to enter into the Supplemental Consent Order Assessing Restitution And Civil Monetary Penalty Against Defendants The Tulving Company, Inc. and Hannes Tulving, Jr. with the United States Commodity Future Trading Commission **(**the **"**Supplemental Consent Order") in the form appended to the Motion as Exhibit "A", and the Debtor and its estate are authorized to take all actions necessary to implement the Supplemental Consent Order.

3. Hannes Tulving, Jr. is authorized to sign the Supplemental Consent Order on behalf of the Debtor.

4. Relief from the automatic stay under 11 U.S.C. § 362(a) is granted for the imposition of the civil monetary penalty and post judgment interest pursuant to the terms of the Supplemental Consent Order.

5. The Court shall retain jurisdiction to hear and determine any issues or disputes arising from this Order.

###

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DOCS_LA:307406.2 59935/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER (A) APPROVING AND AUTHORIZING THE DEBTOR TO ENTER INTO SUPPLEMENTAL CONSENT ORDER ASSESSING RESTITUTION AND CIVIL MONETARY PENALTY AGAINST DEFENDANTS THE TULVING COMPANY, INC. AND HANNES TULVING, JR. (B) AUTHORIZING HANNES TULVING, JR. TO EXECUTE THE SUPPLEMENTAL CONSENT ORDER WITH THE UNITED STATES COMMODITY FUTURE TRADING COMMISSION ON BEHALF OF THE DEBTOR, AND (C) FOR RELATED RELIEF PURSUANT TO SECTIONS 105 AND 362 OF THE BANKRUPTCY CODE [Relates to Docket No. 667 ]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 1, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **December 1, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 1, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
The Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 1, 2017 | Janice G. Washington | */s/Janice G. Washington* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DOCS_LA:307406.2 59935/002

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Wesley H Avery on behalf of Consumer Privacy Ombudsman Wesley H Avery
wavery@thebankruptcylawcenter.com, lucy@averytrustee.com

Candice Bryner on behalf of Creditor Giuseppe Minuti
candice@brynerlaw.com

Candice Bryner on behalf of Interested Party Candice Bryner
candice@brynerlaw.com

Philip Burkhardt on behalf of Other Professional Karen Duddlesten
phil@burkhardtandlarson.com, stacey@burkhardtandlarson.com

Stephen L Burton on behalf of Attorney Stephen L. Burton
steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Linda F Cantor, ESQ on behalf of Other Professional Pachulski Stang Ziehl & Jones LLP
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee Weneta M Kosmala (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Roger F Friedman on behalf of Creditor Levon Gugasian
rfriedman@rutan.com

Roger F Friedman on behalf of Defendant Armen Haig Gugasian
rfriedman@rutan.com

Roger F Friedman on behalf of Defendant Levon Gugasian
rfriedman@rutan.com

Roger F Friedman on behalf of Interested Party Armen Haig Gugasian
rfriedman@rutan.com

David L Gibbs on behalf of Creditor Kenneth W Stach
david.gibbs@gibbslaw.com, ecf@gibbslaw.com;r65274@notify.bestcase.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Lawrence J Hilton on behalf of Creditor Jeffrey Roth
lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com

James KT Hunter on behalf of Plaintiff R. TODD NEILSON
jhunter@pszjlaw.com

James KT Hunter on behalf of Plaintiff R. Todd Neilson
jhunter@pszjlaw.com

Robbin L Itkin on behalf of Mediator Robbin Itkin
robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com

John H Kim on behalf of Creditor Ford Motor Credit Company LLC
jkim@cookseylaw.com, jhkim@ecf.courtdrive.com

Weneta M Kosmala (TR)
ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com

Nanette D Sanders on behalf of Creditor Levon Gugasian
becky@ringstadlaw.com

Richard C Spencer on behalf of Interested Party Courtesy NEF
rspencer@rspencerlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

DOCS_LA:307406.2 59935/002

**2. SERVED BY UNITED STATES MAIL:**

Chapter 7 Trustee
Weneta M.A. Kosmala
3 MacArthur Place
Suite 760
Santa Ana, California  92707

Attorneys for Interested Parties
Levon Gugasian and Armen Gugasian
Roger F. Friedman
Gerard M. Mooney
Rutan & Tucker
611 Anton Blvd., Suite 1400
Costa Mesa, CA  92626-1931

Debtor
The Tulving Company Inc
2049 Century Park East, Suite 2525
Los Angeles, CA  90067-3225

Counsel for Debtor
Andrew S Bisom
The Bisom Law Group
8001 Irvine Center Drive, Suite 1170
Irvine, CA 92618

James F. Wyatt, III
Wyatt & Blake, LLP
435 East Morehead Street
Charlotte, NC 28202

Laurence P Nokes on behalf of Interested Party
John Frankel
Nokes & Quinn
410 Broadway St Ste 200
Laguna Beach, CA 92651

Richard P. Foelber
Chief, Office of Cooperative Enforcement
U.S. Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Kevin Zolot
Assistant U.S. Attorney
United States Attorney's Office
Western District North Carolina
227 West Trade Street
Charlotte, NC 28202

Benjamin Bain-Creed
Assistant United States Attorney
Florida Bar #0021436
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202

Accountants for Landlord
Brent Murdoch
Murdoch & Morris, LLP
114 Pacifica, Ste. 320
Irvine, CA  92618

Interested Party
Frye & Hsieh
Douglas J Frye Esquire
24955 Pacific Coast Highway # A201
Malibu, CA 90265

Counsel for Creditor Levon Gugasian
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
2030 Main Street
Suite 1600
Irvine, CA  92614

Harlene Miller, Esq.
Harlene Miller Law
17910 Sky Park Circle, Suite 105
Irvine, CA 92614

On the Rocks Jewelry & Rare Coins
Attn:  David Halpin and Desirea Sloan
207 N. El Camino Real
San Clemente, CA 92672

DOCS_LA:307406.2 59935/002