1  Weneta M.A. Kosmala
   c/o **LAW OFFICES OF**
2  **WENETA M.A. KOSMALA**
   3 MacArthur Place, Suite 760
3  Santa Ana, CA 92707
   Telephone:    (714) 708-8190
4  E-mail:    dmf@txitrustee.com

5  Chapter 7 Bankruptcy Trustee

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

10

11 | In re | ) Case No. 8:14-bk-11492-ES |
12 | | ) |
   | **THE TULVING COMPANY INC.** | ) Chapter 7 |
13 | | ) |
   | Debtor(s). | ) **BLANKET AND INDIVIDUAL** |
14 | | ) **AUCTIONEER BONDS OF** |
   | | ) **GREATCOLLECTIONS.COM IN** |
15 | | ) **CONNECTION WITH THE MOTION FOR** |
   | | ) **ORDER AUTHORIZING THE TRUSTEE** |
16 | | ) **TO (1) RETAIN** |
   | | ) **GREATCOLLECTIONS.COM D/B/A** |
17 | | ) **GREAT COLLECTIONS AS** |
   | | ) **AUCTIONEER, AND (II) MODIFY, IN** |
18 | | ) **PART, ASSET DISTRIBUTION PLAN,** |
   | | ) **AND (III) SET NEW OPT-OUT** |
19 | | ) **DEADLINE FOR CREDITORS TO** |
   | | ) **DETERMINE WHETHER TO RECEIVE** |
20 | | ) **ERROR COINS IN PARTIAL PAYMENT** |
   | | ) **OF THEIR CLAIMS AND SELL COINS** |
21 | | ) **NOT DISTRIBUTED TO CREDITORS** |
   | | ) **FREE AND CLEAR OF LIENS, CLAIMS** |
22 | | ) **AND INTERESTS** |
   | | ) |
23 | | ) |
   | | ) [No Hearing Required] |
24 | | ) |

25      Weneta M.A. Kosmala, in her capacity as Chapter 7 Trustee ("Trustee") of The Tulving

26 Company, Inc. ("Debtor") hereby files a copy of the "Blanket Auctioneer's Bond" in the amount

27 of $25,000, attached hereto as Exhibit A, and a copy of the "Individual Auctioneer's Bond" in

28 the amount of $40,000, attached hereto as Exhibit B, on behalf of GreatCollections.com d/b/a

Great Collections (collectively "Bonds").  The Bonds are being submitted in connections with the Motion for Order Authorizing the Trustee to (I) Retain Greatcollections.com d/b/a Great Collections as Auctioneer, (II) Modify, In Part, Asset Distribution Plan, and (III) Set New Opt-Out Deadline for Creditors to Determine Whether to Receive Error Coins in Partial Payment of Their Claims and Sell Coins Not Distributed to Creditors Free and Clear of Liens, Claims and Interests [Docket 623].  The original Bonds are being submitted to the Office of the United States Trustee.

Dated: April 4, 2018

/s/Weneta M.A. Kosmala
Weneta M.A. Kosmala
Chapter 7 Trustee for the bankruptcy estate of
The Tulving Company, Inc.

# Exhibit "A"

IN THE USBC  
CENTRAL DISTRICT OF CALIFORNIA

Bond No. 0708439

KNOW ALL MEN BY THESE PRESENTS: That we, GREATCOLLECTIONS.COM, LLC of the state of CALIFORNIA as Principal, and the INTERNATIONAL FIDELITY INSURANCE COMPANY, as surety, are held and firmly bound unto the United States of America as obligee in the penal sum of Twenty Five Thousand and No/100 ($25,000.00) Dollars lawful money of the United States to be made, we bind ourselves, our heirs, executors, administrators, successors or assigns, jointly and severally, by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that whereas, the Principal will from time to time conduct auctions on behalf of the United States Bankruptcy Court, CENTRAL DISTRICT OF CALIFORNIA and as a condition to perform such auctions the United States Bankruptcy Court, CENTRAL DISTRICT OF CALIFORNIA requires that a surety bond be posted to secure the faithful performance of such auctions.

NOW THEREFORE, if the said Principal shall faithfully perform the duties of an auctioneer and account for all monies received and in all things comply with the requirements of the United States Bankruptcy Court, CENTRAL DISTRICT OF CALIFORNIA, appertaining thereto, then this obligation to be void, otherwise to remain in full force and effect.

PROVIDED, that this bond shall be deemed continuous in form and, that regardless of the number of years this bond shall continue or be continued in force and of the number of premiums that shall be payable or paid, the surety shall not be liable hereunder for a larger amount, in the aggregate, than the amount of this bond.

This bond may be terminated at any time by the surety upon sending notice in writing, by certified mail, to the obligee with whom this bond is titled and at the expiration of thirty (30) days from the mailing of be relieved from any liability for any acts or omissions of the principal subsequent to said date.

Signed, sealed, and effective this 1ST day of SEPTEMBER, 2016.

GREATCOLLECTIONS.COM, LLC

BY: _____  
PRINCIPAL

INTERNATIONAL FIDELITY INSURANCE COMPANY

BY: _____  
Catherine C. Kehoe, Attorney-in-Fact

State of LOUISIANA
Parish of ORLEANS

Subscribed and sworn to before me, the undersigned Notary Public, in and for the State, personally appeared CATHERINE C. KEHOE a person known to me to be the person who executed the written instrument as Attorney-in-Fact on behalf of the corporation therein named and acknowledged to me that the corporation executed it.

Signed and sealed this _1st_ day of _Sept_, 20_16_

My commission expires: AT DEATH

_____
NOTARY PUBLIC

CHARLES V. KEHOE, II
NOTARY PUBLIC, Notary No. 61883
Parish of Orleans, State of Louisiana
My Commission is issued for Life.

044

Exhibit A, Page 5

Tel (973) 624-7200

# POWER OF ATTORNEY

## INTERNATIONAL FIDELITY INSURANCE COMPANY
## ALLEGHENY CASUALTY COMPANY

ONE NEWARK CENTER, 20TH FLOOR NEWARK, NEW JERSEY 07102-5207

**KNOW ALL MEN BY THESE PRESENTS:** That INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation organized and existing under the laws of the State of New Jersey, and ALLEGHENY CASUALTY COMPANY a corporation organized and existing under the laws of the State of New Jersey, having their principal office in the City of Newark, New Jersey, do hereby constitute and appoint

EMILY G. LAPEYRE, DAVID C. JOSEPH, JESSICA PALMERI, LINDA C. SHEFFIELD, CONWAY C. MARSHALL, STEPHEN BEAHM, R. TUCKER FITZ-HUGH, CLARK P. FITZ-HUGH, DARLENE A. BORNT, CATHERINE C. KEHOE, KRISTINE DONOVAN, ELIZABETH W. KEARNEY

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY and is granted under and by authority of the following resolution adopted by the Board of Directors of INTERNATIONAL FIDELITY INSURANCE COMPANY at a meeting duly held on the 20th day of July, 2010 and by the Board of Directors of ALLEGHENY CASUALTY COMPANY at a meeting duly held on the 15th day of August, 2000:

"RESOLVED, that (1) the President, Vice President, Chief Executive Officer or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY have each executed and attested these presents on this 31st day of December, 2015.



STATE OF NEW JERSEY
County of Essex

ROBERT W. MINSTER
Chief Executive Officer (International Fidelity Insurance Company) and President (Allegheny Casualty Company)



On this 31st day of December 2015, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.

IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.



A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 16, 2019

## CERTIFICATION

I, the undersigned officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 1st day of Sept. 2016

MARIA BRANCO, Assistant Secretary

045

# Exhibit "B"

Bond No. LPM7656123

Case No. 8-14-bk-11492ES

## AUCTIONEER'S BOND

KNOW ALL MEN BY THESE PRESENTS:

That we, GreatCollections.com LLC, of the City of Irvine State of California, as Principal, and Fidelity and Deposit Company of Maryland of Schaumburg IL as Surety, are held and firmly bound unto the United States Bankruptcy Court, District of Orange County, CA as Obligee, in the penal sum of Forty Thousand and Zero Cents Dollars lawful money of the United States, to be paid to the said Obligee for which payment well and truly to be made, we bind ourselves, our heirs, executors, administrator, successors or assigns, jointly and severally, by these presents.

THAT CONDITION OF THE ABOVE OBLIGATION IS SUCH, That whereas said Principal desires to conduct auction for the Obligee at Online Auction on the 8th day(s) of April, 2018 and is required to give this bond.
(9:00 a.m.)

NOW, THEREFORE, if the said Principal shall faithfully perform the duties of an auctioneer for the auction referred to above, and account for all monies received and in all things comply with the requirements of the Obligee pertaining thereto, then this obligation is to be void, otherwise to remain in full force and effect.

PROVIDED, that regardless of the number of claims that may be made against this bond, the Surety shall not be liable hereunder for a larger amount, in the aggregate, than the amount set out above.

This bond may be terminated at any time by the Surety upon sending notice in writing, by certified mail, to the Obligee with whom this bond is filed and at the expiration of thirty (30) days from the mailing of said notice, this bond shall terminate and the Surety shall thereupon be relieved from any liability for any acts or omissions of the Principal subsequent to said date.

Dated this 19th day of March, 2018

GreatCollections.com LLC

BY:

Fidelity and Deposit Company of Maryland
By: _____
John R. Fisher    Attorney-In-Fact

LPM59900ZZ0301F

LPM7656123
_____
Bond Number

Weneta M.S. Kosmala, Chapter 7 Trustee
_____
Obligee

## ZURICH AMERICAN INSURANCE COMPANY
## COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
## FIDELITY AND DEPOSIT COMPANY OF MARYLAND
## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Maryland, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Maryland (herein collectively called the "Companies"), by **Michael P. Bond, Vice President**, in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint John R. Fisher_____, its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland., and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at its office in Owings Mills, Maryland., in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies, and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** this 19th day of March, A.D. 2018.

ATTEST:
ZURICH AMERICAN INSURANCE COMPANY
COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
FIDELITY AND DEPOSIT COMPANY OF MARYLAND

  

By: *Michael P. Bond*
*Vice President*

By: *Dawn E. Brown*
*Secretary*

**State of Maryland**
**County of Baltimore**

On this 19th day of March, A.D. 2018, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, **Michael P. Bond, Vice President and Dawn E. Brown, Secretary** of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

Constance A. Dunn, Notary Public
My Commission Expires: July 9, 2019

### EXTRACT FROM BY-LAWS OF THE COMPANIES

"Article V, Section 8, <u>Attorneys-in-Fact</u>. The Chief Executive Officer, the President, or any Executive Vice President or Vice President may, by written instrument under the attested corporate seal, appoint attorneys-in-fact with authority to execute bonds, policies, recognizances, stipulations, undertakings, or other like instruments on behalf of the Company, and may authorize any officer or any such attorney-in-fact to affix the corporate seal thereto; and may with or without cause modify of revoke any such appointment or authority at any time."

### CERTIFICATE

I, the undersigned, Vice President of the ZURICH AMERICAN INSURANCE COMPANY, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that Article V, Section 8, of the By-Laws of the Companies is still in force.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY at a meeting duly called and held on the 15th day of December 1998.

RESOLVED: "That the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the Seal of the Company may be affixed by facsimile on any Power of Attorney...Any such Power or any certificate thereof bearing such facsimile signature and seal shall be valid and binding on the Company."

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994, and the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this 19th day of March, 2018.

  

Michael C. Fay, Vice President

**TO REPORT A CLAIM WITH REGARD TO A SURETY BOND, PLEASE SUBMIT A COMPLETE DESCRIPTION OF THE CLAIM INCLUDING THE PRINCIPAL ON THE BOND, THE BOND NUMBER, AND YOUR CONTACT INFORMATION TO:**

Zurich Surety Claims
1299 Zurich Way
Schaumburg, IL 60196-1056
www.reportsfclaims@zurichna.com
800-626-4577

# FIDELITY AND DEPOSIT COMPANY
OF MARYLAND
600 Red Brook Blvd., Suite 600, Owings Mills, MD 21117

## Statement of Financial Condition
As Of December 31, 2016

### ASSETS

| | |
|---|---:|
| Bonds | $ 141,903,342 |
| Stocks | 22,845,654 |
| Cash and Short Term Investments | 3,080,053 |
| Reinsurance Recoverable | 13,996,720 |
| Other Accounts Receivable | 27,147,872 |
| TOTAL ADMITTED ASSETS | $ 208,973,641 |

### LIABILITIES, SURPLUS AND OTHER FUNDS

| | | |
|---|---:|---:|
| Reserve for Taxes and Expenses | | $ 896,428 |
| Ceded Reinsurance Premiums Payable | | 40,193,693 |
| Securities Lending Collateral Liability | | 0 |
| TOTAL LIABILITIES | | $ 41,090,121 |
| Capital Stock, Paid Up | $ 5,000,000 | |
| Surplus | 162,883,521 | |
| Surplus as regards Policyholders | | 167,883,520 |
| TOTAL | | $ 208,973,641 |

Securities carried at $62,166,344 in the above statement are deposited with various states as required by law.

Securities carried on the basis prescribed by the National Association of Insurance Commissioners. On the basis of market quotations for all bonds and stocks owned, the Company's total admitted assets at December 31, 2016 would be $209,350,832 and surplus as regards policyholders $168,260,711.

I, DENNIS F. KERRIGAN, Corporate Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company on the 31st day of December, 2016.

_____
Corporate Secretary

State of Illinois } SS:
City of Schaumburg

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg, this 1st day of March, 2017.

_____
Notary Public

DARRYL JOINER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
February 24, 2018

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3 MacArthur Place,
Suite 760
Santa Ana, CA  92707

A true and correct copy of the foregoing document entitled (*specify*): **Blanket And Individual Auctioneer Bonds Of Greatcollections.Com In Connection With The Motion For Order Authorizing The Trustee To (I) Retain Greatcollections.Com D/B/A Great Collections As Auctioneer, And (II) Modify, In Part, Asset Distribution Plan, And (III) Set New Opt-Out Deadline For Creditors To Determine Whether To Receive Error Coins In Partial Payment Of Their Claims And Sell Coins Not Distributed To Creditors Free And Clear Of Liens, Claims And Interests.**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/6/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **4/6/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/6/2018 | David M. Fitzgerald | /s/David M. Fitzgerald |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
   Wesley H Avery    wavery@thebankruptcylawcenter.com, lucy@averytrustee.com
   Candice Bryner    candice@brynerlaw.com
   Philip Burkhardt    phil@burkhardtandlarson.com, stacey@burkhardtandlarson.com
   Stephen L Burton    steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com
   Frank Cadigan    frank.cadigan@usdoj.gov
   Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
   Roger F Friedman    rfriedman@rutan.com
   David L Gibbs    david.gibbs@gibbslaw.com, ecf@gibbslaw.com;r65274@notify.bestcase.com
   Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
   Lawrence J Hilton    lhilton@onellp.com,
   lthomas@onellp.com;info@onellp.com;evescance@onellp.com
   James KT Hunter    jhunter@pszjlaw.com
   Robbin L Itkin    robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com
   John H Kim    jkim@cookseylaw.com, jhkim@ecf.courtdrive.com
   Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
   wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
   Nanette D Sanders    becky@ringstadlaw.com
   Richard C Spencer    rspencer@rspencerlaw.com
   United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL:**

| Honorable Erithe A. Smith<br>Central District of California<br>Santa Ana Division<br>411 W. 4th St., Suite 5040<br>Santa Ana, CA 92701-4591 | The Tulving Company Inc<br>P.O. Box 6200<br>Newport Beach, CA 92658 | Berkeley Research Group LLC<br>2049 Century Park East<br>Suite 2525<br>Los Angeles, CA 90067 |
|---|---|---|
| William C Berry<br>PO Box 686<br>Carlsborg, WA 98324 | Kenneth D Christman<br>1965 Loma Linda Ln<br>Dayton, OH 45459 | Creditors Adjustment Bureau Inc<br>14226 Ventura Blvd<br>Sherman Oaks, CA 91423 |
| Rick Davidson<br>Vickie Davidson<br>680 Pinyan Ln<br>Canton, GA 30115 | James W Hancock<br>201 S Second St Ste 208<br>Fort Pierce, FL 34950 | Karl Klein<br>Klein Law Firm PL<br>1001 Brickell Bay Dr, Ste 1812<br>Miami, FL 33131 |
| Laurence P Nokes<br>Nokes & Quinn<br>410 Broadway St Ste 200<br>Laguna Beach, CA 92651 | Igor Pavlovsky<br>150 W Superior 701<br>Chicago, IL 60654 | Kendra Pearsall<br>14501 County Rd 3<br>Longmont, CO 80504 |
| M. Anthony Speena<br>1009 Pearce Dr #308<br>Clearwater, FL 33764 | Ronald Steward<br>1664 Toronto Rd #4<br>Springfield, Il 62712 | Catherine J Taylor<br>4572 Beachcomber Ct<br>Boulder, CO 80301 |
| Linda M Workman<br>4/4 Hindle Terrace<br>BELLA VISTA NSW 2153 | | |