Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: lcantor@pszjlaw.com

Counsel for Weneta M.A. Kosmala, Chapter 7 Trustee for The Tulving Company, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE TULVING COMPANY, INC.,<br><br>Debtor. | Case No.: 8:14-bk-11492-ES<br><br>Chapter 7<br><br>**SUBMISSION OF REPORT OF AUCTIONEER AND AUCTION EXPENSES; DECLARATION OF IAN RUSSELL IN SUPPORT THEREOF**<br><br>[NO HEARING REQUIRED] |

Weneta M.A. Kosmala, the duly appointed chapter 7 trustee in the above-captioned case of The Tulving Company, Inc., debtor herein (the "Debtor"), hereby submits the Report of Auctioneer and Auction Expenses and Declaration of Ian Russell in Support Thereof.

Dated: May 10, 2018         PACHULSKI STANG ZIEHL & JONES LLP

By:    /s/Linda F. Cantor
        Linda F. Cantor

        Counsel for Weneta M.A. Kosmala, Chapter 7 Trustee for The Tulving Company, Inc.

1  GreatCollections
2  17500 Red Hill Avenue
   Suite 160
   Irvine, CA 92614
3
4  Auctioneer

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| In re: | Case No.: 8:14-bk-11492-ES |
|---|---|
| THE TULVING COMPANY, INC., | Chapter 7 |
| Debtor. | REPORT OF AUCTIONEER AND AUCTION EXPENSES; DECLARATION OF IAN RUSSELL IN SUPPORT THEREOF |
| | [No Hearing Required Pursuant To L.B.R. 9013-1] |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

The report of GreatCollections ("Auctioneer") respectfully represents as follows:

1. Auctioneer performed all acts required of it and has completed the auction ("Auction") of certain remaining assets ("Assets") of the bankruptcy estate of the above-captioned debtor in accordance with the *Order Granting Motion for Order Authorizing the Trustee to (I) Retain GreatCollections.com d/b/a Great Collections as Auctioneer, (II) Modify, in Part, Asset Distribution Plan, and (III) Set New Opt-Out Deadline For Creditors to Determine Whether to Receive Error Coins in Partial Payment of Their Claims and Sell Coins Not Distributed to Creditors Free and Clear of Liens, Claims and Interests* [Docket No. 634] (the "Auction Order"). The Assets consist of coins, both graded and ungraded modern coins from 1968 to the present. There were ninety-nine lots in total. Lot viewing was available between March 12, 2018 and April 8, 2018, and online bids were accepted until 5:00 p.m. – 8:30 p.m. Pacific Time on April 8, 2018, in accordance

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| 1 | with the terms and conditions of the Auction. |
| 2 | The date of the Auction and awarding of coins to purchasers took place on April 8, 2018. |
| 3 | All of the remaining coins were sold at the Auction. Attached as **Exhibit A** to the Declaration of |
| 4 | Ian Russell (the "Russell Declaration") appended hereto and made a part hereof, is the Auction |
| 5 | Report setting forth a schedule of the Assets sold, by lot, and the prices received for each such lot.[1] |
| 6 | As shown on the Auction Report, the proceeds of sale (e.g., the "Hammer Prices" as defined in the |
| 7 | Auction Order) amounted to $23,109.17. |
| 8 | Auctioneer's commission and costs were paid by (a) the buyers in the form of a buyer's |
| 9 | premium of ten percent (10%), (b) a listing fee in the amount of $3 per lot totaling $297.00, and (c) a |
| 10 | five percent (5%) seller's fee amounting to $1,155.48. The aggregate seller's fees (including listing |
| 11 | fees) retained by Auctioneer, as authorized by the Auction Order, amounted to $1,452.48. The net |
| 12 | proceeds of sale in the amount of $21,656.69 have been turned over to the Chapter 7 Trustee. |

Dated:   May 9, 2018          GREAT COLLECTIONS

                              By: _____
                                    Ian Russell
                              Its:        President

---

[1] In accordance with its privacy policy and applicable law, the identity of the buyers are maintained confidential and considered Trade Secrets under applicable State law. Therefore, the successful bidders are not identified by name in the Auction Report.

## DECLARATION OF IAN RUSSELL

I, Ian Russell, declare as follows:

1. I am an individual over the age of eighteen and am the President of GreatCollections.com d/b/a Great Collections ("GreatCollections"). I make this Declaration in support of the Report of Auctioneer and Auctioneer Expenses (the "Auctioneer Report"). Capitalized terms used herein shall have the meaning ascribed to them in the Auctioneer Report.

2. All facts set forth in this Declaration are based on either my personal knowledge (either my own or that gathered by agents and employees rendering services to me), upon my review of relevant documents, or upon my opinion based upon my experience or knowledge of the applicable circumstances. If I were called to testify thereto, I could and would competently do so.

3. I, through personnel employed by me, oversaw the Auction and the process leading up to it.

4. There were ninety-nine lots in total. Lot viewing was available between March 12, 2018 and April 8, 2018, and online bids were accepted until 5:00 p.m. – 8:30 p.m. Pacific Time on April 8, 2018, in accordance with the terms and conditions of the Auction.

5. The date of the Auction and awarding of lots to purchasers took place on April 8, 2018. All of the lots were sold at the Auction. Attached hereto as **Exhibit A** is the Auction Report setting forth a schedule of the Assets sold, by lot, and the prices received for each such lot. As shown on the Auction Report, the proceeds of sale (e.g., the "Hammer Prices" as defined in the Auction Order) amounted to $23,109.17.

6. Auctioneer's commission and costs were paid by (a) the buyers in the form of a buyer's premium of ten percent (10%), (b) a listing fee in the amount of $3 per lot totaling $297.00, and (c) a five percent (5%) seller's fee amounting to $1,155.48. The aggregate seller's fees (including listing fees) retained by Auctioneer, as authorized by the Auction Order, amounted to $1,452.48. The net proceeds of sale in the amount of $21,656.69 have been turned over to the Chapter 7 Trustee.

7. The proceeds of sale have been turned over to the Chapter 7 Trustee.

8. In accordance with the Auctioneer's privacy policy, information regarding the

2

identity of customers/buyers pertaining to numismatic auctions is kept strictly confidential. The identity of our buyers is considered a Trade Secret under the law of the State of California. Therefore, the successful bidders are not identified by name in the Auction Report.

9. Auctioneer was not a buyer of any of the Assets included in the Auction. To the best of my knowledge, none of the buyers of the Debtor's Assets at the Auction were on the known terrorist list or identified as the Trustee, the Trustee's professionals, Hannes Tulving, Jr., Armen Haig Gugasian or Levon Gugasian.

10. The proceeds of sale have been turned over to the Chapter 7 Trustee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of May, 2018 at Irvine, California.



Ian Russell

# EXHIBIT A

# GreatCollections

**Consignor Statement**

Certified Coin Auctions & Direct Sales
17500 Red Hill Avenue, Suite 160, Irvine, CA 92614
Tel: +1.800.44.COINS - Fax: +1.949.679.4178
E-mail: info@greatcollections.com

Date of Sale: April 08, 2018

Consignor Username : wkosmala@kosmalalaw.com
E-mail : wkosmala@kosmalalaw.com

Weneta Kosmala
3 Macarthur Place, Suite 760
Santa Ana California 92707

| ID | Item Title | Listed | Bids/Buy | Min Bid/Buy Now | Final Price | Listing Fees | Sellers Fees | Net to Consignor |
|---|---|---|---|---|---|---|---|---|
| 563458 | Mint Error (2007) Presidential Dollar George Washington - Missing Edge Lettering PCGS MS-64 (Portrait Label) Cert #: 13394273 Alt Inv#: | GC | 15/0 | $1.00/$0.00 | $31.00 | $3.00 | $1.55 | $26.45 * |
| 563459 | Mint Error 2007-P Presidential Dollar John Adams - Doubled Edge Lettering, Overlapped PCGS MS-63 (Portrait Label) (6 Coins) Cert #: 13783281 Alt Inv#: | GC | 5/0 | $1.00/$0.00 | $52.00 | $3.00 | $2.60 | $46.40 * |
| 563460 | Mint Error 2007-P Presidential Dollar John Adams - Doubled Edge Lettering, Overlapped PCGS MS-64 (Portrait Label) (6 Coins) Cert #: 13782464 Alt Inv#: | GC | 7/0 | $1.00/$0.00 | $72.00 | $3.00 | $3.60 | $65.40 * |
| 563461 | Mint Error 2007-P Presidential Dollar John Adams - Doubled Edge Lettering, Overlapped PCGS MS-64 (Portrait Label) (5 Coins) Cert #: 13760104 Alt Inv#: | GC | 14/0 | $1.00/$0.00 | $52.00 | $3.00 | $2.60 | $46.40 * |
| 563462 | Mint Error 2007-P Presidential Dollar John Adams - Doubled Edge Lettering, Overlapped PCGS MS-65 (8 Coins) Cert #: 13783361 Alt Inv#: | GC | 17/0 | $1.00/$0.00 | $105.00 | $3.00 | $5.25 | $96.75 * |
| 563463 | Mint Error 2007-P Presidential Dollar John Adams - Doubled Edge Lettering, Overlapped PCGS MS-65 (Portrait Label) (7 Coins) Cert #: 12820119 Alt Inv#: | GC | 13/0 | $1.00/$0.00 | $90.00 | $3.00 | $4.50 | $82.50 * |
| 563464 | Mint Error 2007-P Presidential Dollar John Adams - Doubled Edge Lettering, Inverted PCGS MS-63 (Portrait Label) (3 Coins) Cert #: 13783309 Alt Inv#: | GC | 15/0 | $1.00/$0.00 | $72.01 | $3.00 | $3.60 | $65.41 * |
| 563465 | Mint Error 2007-P Presidential Dollar John Adams - Doubled Edge Lettering, Inverted PCGS MS-64 (Portrait Label) (10 Coins) Cert #: 13430934 Alt Inv#: | GC | 4/0 | $1.00/$0.00 | $92.00 | $3.00 | $4.60 | $84.40 * |
| 563466 | Mint Error 2007-P Presidential Dollar John Adams - Doubled Edge Lettering, Inverted PCGS MS-64 (Portrait Label) (10 Coins) Cert #: 13782800 Alt Inv#: | GC | 5/0 | $1.00/$0.00 | $82.00 | $3.00 | $4.10 | $74.90 * |
| 563467 | Mint Error 2007-P Presidential Dollar John Adams - Doubled Edge Lettering, Inverted PCGS MS-64 (Portrait Label) (6 Coins) Cert #: 13430931 Alt Inv#: | GC | 13/0 | $1.00/$0.00 | $60.00 | $3.00 | $3.00 | $54.00 * |
| 563468 | Mint Error 2007-P Presidential Dollar John Adams - Doubled Edge Lettering, Inverted PCGS MS-65 (Portrait Label) (6 Coins) Cert #: 13466535 Alt Inv#: | GC | 14/0 | $1.00/$0.00 | $91.99 | $3.00 | $4.60 | $84.39 * |
| 563469 | Mint Error (2007) Presidential Dollar James Madison - Missing Edge Lettering PCGS MS-66 Cert #: 83631719 Alt Inv#: | GC | 35/0 | $1.00/$0.00 | $228.55 | $3.00 | $11.43 | $214.12 * |

| # | Description | | Qty | Unit | Ext | Fee | Tax | Net |
|---|---|---|---|---|---|---|---|---|
| 563470 | Mint Error (2007) Presidential Dollar James Madison - Satin Finish, Missing Edge Lettering PCGS SP-65 (6 Coins) Cert #: 83613893 Alt Inv#: | GC | 12/0 | $1.00/ $0.00 | $141.00 | $3.00 | $7.05 | $130.95 * |
| 563471 | Mint Error (2007) Presidential Dollar James Madison - Satin Finish, Missing Edge Lettering PCGS SP-66 (10 Coins) Cert #: 83623433 Alt Inv#: | GC | 15/0 | $1.00/ $0.00 | $385.00 | $3.00 | $19.25 | $362.75 * |
| 563472 | Mint Error (2007) Presidential Dollar James Madison - Satin Finish, Missing Edge Lettering PCGS SP-66 (9 Coins) Cert #: 83623434 Alt Inv#: | GC | 11/0 | $1.00/ $0.00 | $350.00 | $3.00 | $17.50 | $329.50 * |
| 563473 | Mint Error (2007) Presidential Dollar James Madison - Satin Finish, Missing Edge Lettering PCGS SP-67 (5 Coins) Cert #: 83623821 Alt Inv#: | GC | 17/0 | $1.00/ $0.00 | $460.00 | $3.00 | $23.00 | $434.00 * |
| 563474 | Mint Error (2007) Presidential Dollar James Madison - Satin Finish, Missing Edge Lettering PCGS SP-67 (4 Coins) Cert #: 83623818 Alt Inv#: | GC | 15/0 | $1.00/ $0.00 | $370.00 | $3.00 | $18.50 | $348.50 * |
| 563475 | Mint Error (2008) Presidential Dollar Andrew Jackson - Satin Finish, Missing Edge Lettering PCGS SP-67 Cert #: 83631676 Alt Inv#: | GC | 19/0 | $1.00/ $0.00 | $72.00 | $3.00 | $3.60 | $65.40 * |
| 563476 | Mint Error (2008) Presidential Dollar Martin Van Buren - Missing Edge Lettering PCGS MS-65 (2 Coins) Cert #: 18698788 Alt Inv#: | GC | 9/0 | $1.00/ $0.00 | $52.15 | $3.00 | $2.61 | $46.54 * |
| 563477 | Mint Error (2008) Presidential Dollar Martin Van Buren - Missing Edge Lettering PCGS MS-66 (7 Coins) Cert #: 18422032 Alt Inv#: | GC | 13/0 | $1.00/ $0.00 | $215.00 | $3.00 | $10.75 | $201.25 * |
| 563478 | Mint Error (2008) Presidential Dollar Martin Van Buren - Missing Edge Lettering PCGS MS-67 (4 Coins) Cert #: 18699006 Alt Inv#: | GC | 20/0 | $1.00/ $0.00 | $290.00 | $3.00 | $14.50 | $272.50 * |
| 563479 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-64 (2 Coins) Cert #: 83085939 Alt Inv#: | GC | 23/0 | $1.00/ $0.00 | $55.00 | $3.00 | $2.75 | $49.25 * |
| 563480 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-65 (9 Coins) Cert #: 83073743 Alt Inv#: | GC | 7/0 | $1.00/ $0.00 | $300.00 | $3.00 | $15.00 | $282.00 * |
| 563481 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-65 (9 Coins) Cert #: 83085958 Alt Inv#: | GC | 21/0 | $1.00/ $0.00 | $300.00 | $3.00 | $15.00 | $282.00 * |
| 563482 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83073241 Alt Inv#: | GC | 10/0 | $1.00/ $0.00 | $298.00 | $3.00 | $14.90 | $280.10 * |
| 563483 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83086899 Alt Inv#: | GC | 5/0 | $1.00/ $0.00 | $260.00 | $3.00 | $13.00 | $244.00 * |
| 563484 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83086882 Alt Inv#: | GC | 11/0 | $1.00/ $0.00 | $237.36 | $3.00 | $11.87 | $222.49 * |
| 563485 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83073236 Alt Inv#: | GC | 18/0 | $1.00/ $0.00 | $365.00 | $3.00 | $18.25 | $343.75 * |
| 563486 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83086887 Alt Inv#: | GC | 11/0 | $1.00/ $0.00 | $332.00 | $3.00 | $16.60 | $312.40 * |
| 563487 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83073250 Alt Inv#: | GC | 18/0 | $1.00/ $0.00 | $321.00 | $3.00 | $16.05 | $301.95 |
| 563488 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83073249 Alt Inv#: | GC | 8/0 | $1.00/ $0.00 | $350.00 | $3.00 | $17.50 | $329.50 * |
| 563489 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-66 (6 Coins) Cert #: 83631387 Alt Inv#: | GC | 13/0 | $1.00/ $0.00 | $185.00 | $3.00 | $9.25 | $172.75 * |
| 563490 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture Missing Edge Lettering PCGS MS-66 (5 Coins) Cert #: 83086351 Alt Inv#: | GC | 11/0 | $1.00/ $0.00 | $140.22 | $3.00 | $7.01 | $130.21 * |

| # | Description | Qty | Unit | Amount | Fee | % | Net |
|---|---|---|---|---|---|---|---|
| 563491 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture GC Missing Edge Lettering PCGS MS-67 (10 Coins) Cert #: 83086694 Alt Inv#: | 20/0 | $1.00/ $0.00 | $601.00 | $3.00 | $30.05 | $567.95 * |
| 563492 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture GC Missing Edge Lettering PCGS MS-67 (10 Coins) Cert #: 83086689 Alt Inv#: | 27/0 | $1.00/ $0.00 | $550.00 | $3.00 | $27.50 | $519.50 * |
| 563493 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture GC Missing Edge Lettering PCGS MS-67 (2 Coins) Cert #: 83086177 Alt Inv#: | 27/0 | $1.00/ $0.00 | $111.70 | $3.00 | $5.58 | $103.12 |
| 563494 | Mint Error (2009) Sacagawea Dollar Three Sisters Agriculture GC Missing Edge Lettering PCGS MS-68 Cert #: 83637155 Alt Inv#: | 28/0 | $1.00/ $0.00 | $467.00 | $3.00 | $23.35 | $440.65 * |
| 563495 | Mint Error (2009) Presidential Dollar William Henry Harrison GC - Missing Edge Lettering PCGS MS-65 (3 Coins) Cert #: 18585686 Alt Inv#: | 7/0 | $1.00/ $0.00 | $76.23 | $3.00 | $3.81 | $69.42 * |
| 563496 | Mint Error (2009) Presidential Dollar William Henry Harrison GC - Missing Edge Lettering PCGS MS-66 (6 Coins) Cert #: 18513801 Alt Inv#: | 11/0 | $1.00/ $0.00 | $185.00 | $3.00 | $9.25 | $172.75 * |
| 563497 | Mint Error (2009) Presidential Dollar William Henry Harrison GC - Missing Edge Lettering PCGS MS-66 (6 Coins) Cert #: 18513436 Alt Inv#: | 9/0 | $1.00/ $0.00 | $185.00 | $3.00 | $9.25 | $172.75 * |
| 563498 | Mint Error (2009) Presidential Dollar William Henry Harrison GC - Missing Edge Lettering PCGS MS-67 (10 Coins) Cert #: 18401185 Alt Inv#: | 15/0 | $1.00/ $0.00 | $580.00 | $3.00 | $29.00 | $548.00 * |
| 563499 | Mint Error (2009) Presidential Dollar William Henry Harrison GC - Missing Edge Lettering PCGS MS-67 (5 Coins) Cert #: 18401237 Alt Inv#: | 21/0 | $1.00/ $0.00 | $590.55 | $3.00 | $29.53 | $558.02 * |
| 563500 | Mint Error (2009) Presidential Dollar William Henry Harrison GC - Missing Edge Lettering PCGS MS-67 (4 Coins) Cert #: 18401177 Alt Inv#: | 13/0 | $1.00/ $0.00 | $205.00 | $3.00 | $10.25 | $191.75 * |
| 563501 | Mint Error (2009) Presidential Dollar William Henry Harrison GC - Missing Edge Lettering PCGS MS-68 Cert #: 18513654 Alt Inv#: | 26/0 | $1.00/ $0.00 | $250.00 | $3.00 | $12.50 | $234.50 * |
| 563502 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-64 Cert #: 82997067 Alt Inv#: | 10/0 | $1.00/ $0.00 | $21.00 | $3.00 | $1.05 | $16.95 * |
| 563503 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-65 (10 Coins) Cert #: 82997476 Alt Inv#: | 16/0 | $1.00/ $0.00 | $185.00 | $3.00 | $9.25 | $172.75 * |
| 563504 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-65 (10 Coins) Cert #: 82997466 Alt Inv#: | 12/0 | $1.00/ $0.00 | $185.00 | $3.00 | $9.25 | $172.75 * |
| 563505 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-65 (4 Coins) Cert #: 83654095 Alt Inv#: | 11/0 | $1.00/ $0.00 | $90.00 | $3.00 | $4.50 | $82.50 * |
| 563506 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996949 Alt Inv#: | 7/0 | $1.00/ $0.00 | $211.33 | $3.00 | $10.57 | $197.76 * |
| 563507 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996953 Alt Inv#: | 13/0 | $1.00/ $0.00 | $215.00 | $3.00 | $10.75 | $201.25 * |
| 563508 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996944 Alt Inv#: | 7/0 | $1.00/ $0.00 | $210.11 | $3.00 | $10.51 | $196.60 |
| 563509 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83648830 Alt Inv#: | 8/0 | $1.00/ $0.00 | $219.12 | $3.00 | $10.96 | $205.16 |
| 563510 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996870 Alt Inv#: | 7/0 | $1.00/ $0.00 | $212.84 | $3.00 | $10.64 | $199.20 * |
| 563511 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (5 Coins) Cert #: 82996863 Alt Inv#: | 8/0 | $1.00/ $0.00 | $106.00 | $3.00 | $5.30 | $97.70 * |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 563512 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996989 Alt Inv#: | 9/0 | $1.00/ $0.00 | $211.55 | $3.00 | $10.58 | $197.97 |
| 563513 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996861 Alt Inv#: | 9/0 | $1.00/ $0.00 | $217.36 | $3.00 | $10.87 | $203.49 * |
| 563514 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996893 Alt Inv#: | 9/0 | $1.00/ $0.00 | $216.39 | $3.00 | $10.82 | $202.57 * |
| 563515 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996887 Alt Inv#: | 12/0 | $1.00/ $0.00 | $217.00 | $3.00 | $10.85 | $203.15 * |
| 563516 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996877 Alt Inv#: | 11/0 | $1.00/ $0.00 | $228.36 | $3.00 | $11.42 | $213.94 * |
| 563517 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83614033 Alt Inv#: | 9/0 | $1.00/ $0.00 | $213.36 | $3.00 | $10.67 | $199.69 |
| 563518 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83075135 Alt Inv#: | 9/0 | $1.00/ $0.00 | $212.00 | $3.00 | $10.60 | $198.40 |
| 563519 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83662711 Alt Inv#: | 12/0 | $1.00/ $0.00 | $212.00 | $3.00 | $10.60 | $198.40 |
| 563520 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (5 Coins) Cert #: 82997005 Alt Inv#: | 5/0 | $1.00/ $0.00 | $105.00 | $3.00 | $5.25 | $96.75 * |
| 563521 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-67 (10 Coins) Cert #: 83661188 Alt Inv#: | 7/0 | $1.00/ $0.00 | $435.00 | $3.00 | $21.75 | $410.25 * |
| 563522 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-67 (10 Coins) Cert #: 83661244 Alt Inv#: | 9/0 | $1.00/ $0.00 | $566.69 | $3.00 | $28.33 | $535.36 * |
| 563523 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-67 (10 Coins) Cert #: 83661241 Alt Inv#: | 7/0 | $1.00/ $0.00 | $435.00 | $3.00 | $21.75 | $410.25 * |
| 563524 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-67 (10 Coins) Cert #: 83661234 Alt Inv#: | 9/0 | $1.00/ $0.00 | $575.00 | $3.00 | $28.75 | $543.25 * |
| 563525 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-67 (10 Coins) Cert #: 83653762 Alt Inv#: | 22/0 | $1.00/ $0.00 | $575.00 | $3.00 | $28.75 | $543.25 * |
| 563526 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-67 (8 Coins) Cert #: 83653761 Alt Inv#: | 9/0 | $1.00/ $0.00 | $360.00 | $3.00 | $18.00 | $339.00 * |
| 563527 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-64 (7 Coins) Cert #: 83085673 Alt Inv#: | 5/0 | $1.00/ $0.00 | $110.00 | $3.00 | $5.50 | $101.50 * |
| 563528 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-65 (10 Coins) Cert #: 82620689 Alt Inv#: | 9/0 | $1.00/ $0.00 | $181.00 | $3.00 | $9.05 | $168.95 * |
| 563529 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-65 (10 Coins) Cert #: 83630876 Alt Inv#: | 9/0 | $1.00/ $0.00 | $205.00 | $3.00 | $10.25 | $191.75 |
| 563530 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-65 (10 Coins) Cert #: 83630849 Alt Inv#: | 8/0 | $1.00/ $0.00 | $155.00 | $3.00 | $7.75 | $144.25 |
| 563531 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-65 (6 Coins) Cert #: 83061373 Alt Inv#: | 7/0 | $1.00/ $0.00 | $92.00 | $3.00 | $4.60 | $84.40 * |
| 563532 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82621675 Alt Inv#: | 11/0 | $1.00/ $0.00 | $205.00 | $3.00 | $10.25 | $191.75 * |

| # | Description | Qty | Unit | Amount | Fee1 | Fee2 | Net |
|---|---|---|---|---|---|---|---|
| 563533 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996779 Alt Inv#: | 11/0 | $1.00/ $0.00 | $202.00 | $3.00 | $10.10 | $188.90 |
| 563534 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996766 Alt Inv#: | 9/0 | $1.00/ $0.00 | $180.55 | $3.00 | $9.03 | $168.52 * |
| 563535 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996784 Alt Inv#: | 17/0 | $1.00/ $0.00 | $155.00 | $3.00 | $7.75 | $144.25 |
| 563536 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996751 Alt Inv#: | 9/0 | $1.00/ $0.00 | $191.33 | $3.00 | $9.57 | $178.76 * |
| 563537 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82997685 Alt Inv#: | 9/0 | $1.00/ $0.00 | $190.11 | $3.00 | $9.51 | $177.60 * |
| 563538 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996664 Alt Inv#: | 12/0 | $1.00/ $0.00 | $205.00 | $3.00 | $10.25 | $191.75 * |
| 563539 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 82996759 Alt Inv#: | 9/0 | $1.00/ $0.00 | $186.11 | $3.00 | $9.31 | $173.80 * |
| 563540 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83630898 Alt Inv#: | 9/0 | $1.00/ $0.00 | $187.22 | $3.00 | $9.36 | $174.86 * |
| 563541 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 (10 Coins) Cert #: 83630896 Alt Inv#: | 8/0 | $1.00/ $0.00 | $205.00 | $3.00 | $10.25 | $191.75 |
| 563542 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 (6 Coins) Cert #: 82996786 Alt Inv#: | 7/0 | $1.00/ $0.00 | $116.00 | $3.00 | $5.80 | $107.20 * |
| 563543 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-67 (10 Coins) Cert #: 83799153 Alt Inv#: | 7/0 | $1.00/ $0.00 | $435.00 | $3.00 | $21.75 | $410.25 * |
| 563544 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-67 (10 Coins) Cert #: 83799165 Alt Inv#: | 7/0 | $1.00/ $0.00 | $435.00 | $3.00 | $21.75 | $410.25 * |
| 563545 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-67 (10 Coins) Cert #: 83085886 Alt Inv#: | 13/0 | $1.00/ $0.00 | $505.00 | $3.00 | $25.25 | $476.75 * |
| 563546 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-67 (5 Coins) Cert #: 83799157 Alt Inv#: | 9/0 | $1.00/ $0.00 | $435.00 | $3.00 | $21.75 | $410.25 * |
| 563547 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-68 Cert #: 83084057 Alt Inv#: | 13/0 | $1.00/ $0.00 | $110.69 | $3.00 | $5.53 | $102.16 |
| 563548 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-68 Cert #: 83084059 Alt Inv#: | 9/0 | $1.00/ $0.00 | $110.30 | $3.00 | $5.51 | $101.79 |
| 563549 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-68 Cert #: 83084058 Alt Inv#: | 10/0 | $1.00/ $0.00 | $151.00 | $3.00 | $7.55 | $140.45 |
| 563550 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-68 Cert #: 83084060 Alt Inv#: | 7/0 | $1.00/ $0.00 | $105.00 | $3.00 | $5.25 | $96.75 * |
| 566380 | Mint Error (2010) Presidential Dollar Millard Fillmore Missing GC Edge Lettering PCGS MS-66 Cert #: 82996754 Alt Inv#: | 20/0 | $1.00/ $0.00 | $60.00 | $3.00 | $3.00 | $54.00 * |
| 566381 | Mint Error (2008) Presidential Dollar Martin Van Buren GC Missing Edge Lettering PCGS MS-67 Cert #: 18422101 Alt Inv#: | 35/0 | $1.00/ $0.00 | $111.99 | $3.00 | $5.60 | $103.39 * |
| 566382 | Mint Error (2009) Presidential Dollar Zachary Taylor Missing GC Edge Lettering PCGS MS-66 (4 Coins) Cert #: 82996864 Alt Inv#: | 24/0 | $1.00/ $0.00 | $124.00 | $3.00 | $6.20 | $114.80 * |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 566383 | Mint Error (2009) Presidential Dollar William Henry Harrison Missing Edge Lettering PCGS MS-67 (4 Coins) Cert #: 18401239 Alt Inv#: | GC | 22/0 | $1.00/ $0.00 | $204.00 | $3.00 | $10.20 | $190.80 * |
| 563456 | Mint Error 2009 - 2010 Zachary Taylor and Millard Fillmore Missing Edge Lettering Presidential Dollar Selection Uncertified (5 Coins) Cert #: n/a Alt Inv#: | GC | 24/0 | $1.00/ $0.00 | $52.00 | $3.00 | $2.60 | $46.40 * |
| 563457 | 2007 Presidential Dollar BU and Proof Roll Selection Uncertified (658 Coins) Cert #: n/a Alt Inv#: | GC | 29/0 | $1.00/ $0.00 | $760.00 | $3.00 | $38.00 | $719.00 * |
| | | | | | $23,109.17 | $297.00 | $1,155.48 | $21,656.69 |

Advance $0.00

Miscellaneous $0.00

Paid $0.00

Balance $21,656.69

Thank you for consigning to GreatCollections.
We appreciate your business.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled **REPORT OF AUCTIONEER AND AUCTION EXPENSES; DECLARATION OF IAN RUSSELL IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 10, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 10, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 10, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Via Federal Express*
The Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 10, 2018 | Janice G. Washington | /s/Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                           **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:313736.2 59935/002

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Michael R Adele on behalf of Defendant Armen Haig Gugasian
techlitcenter@yahoo.com, kadele@wgllp.com

Michael R Adele on behalf of Defendant Levon Gugasian
techlitcenter@yahoo.com, kadele@wgllp.com

Wesley H Avery on behalf of Consumer Privacy Ombudsman Wesley H Avery
wamiracle6@yahoo.com, wavery@rpmlaw.com

Candice Bryner on behalf of Creditor Giuseppe Minuti
candice@brynerlaw.com

Candice Bryner on behalf of Interested Party Candice Bryner
candice@brynerlaw.com

Philip Burkhardt on behalf of Other Professional Karen Duddlesten
phil@burkhardtandlarson.com, stacey@burkhardtandlarson.com

Stephen L Burton on behalf of Attorney Stephen L. Burton
steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Linda F Cantor, ESQ on behalf of Other Professional Pachulski Stang Ziehl & Jones LLP
lcantor@pszjlaw.com, lcantor@pszjlaw.com

David L Gibbs on behalf of Creditor Kenneth W Stach
david.gibbs@gibbslaw.com, ecf@gibbslaw.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Lawrence J Hilton on behalf of Creditor Jeffrey Roth
lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;janderson@onellp.com;crodriguez@onellp.com;lit@oneil-llp.com

James KT Hunter on behalf of Plaintiff R. TODD NEILSON
jhunter@pszjlaw.com

James KT Hunter on behalf of Plaintiff R. Todd Neilson
jhunter@pszjlaw.com

John H Kim on behalf of Creditor Ford Motor Credit Company LLC
jkim@cookseylaw.com

Weneta M Kosmala (TR)
ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com

Nanette D Sanders on behalf of Creditor Levon Gugasian
becky@ringstadlaw.com

Richard C Spencer on behalf of Interested Party Courtesy NEF
rspencer@rspencerlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:313736.2 59935/002

**2. SERVED BY UNITED STATES MAIL:**

<u>Chapter 7 Trustee</u>
Weneta M.A. Kosmala
3 MacArthur Place, Suite 760
Santa Ana, CA 92707

<u>Attorneys for Debtor</u>
James F. Wyatt, III
Wyatt & Blake, LLP
435 East Morehead Street
Charlotte, NC 28202

<u>Laurence P Nokes on behalf of Interested Party</u> John Frankel
Nokes & Quinn
410 Broadway St Ste 200
Laguna Beach, CA 92651

Brent Murdoch
Murdoch & Morris, LLP
114 Pacifica, Ste. 320
Irvine, CA 92618

<u>Interested Party</u>
Frye & Hsieh
Douglas J Frye Esquire
24955 Pacific Coast Highway # A201
Malibu, CA 90265

<u>Counsel for Creditor Levon Gugasian</u>
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
2030 Main Street, Suite 1600
Irvine, CA 92614

Benjamin Bain-Creed
Assistant United States Attorney
Florida Bar #0021436
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

DOCS_LA:313736.2 59935/002

**F 9013-3.1.PROOF.SERVICE**