Weneta M.A. Kosmala
**c/o LAW OFFICES OF WENETA M.A. KOSMALA**
3 MacArthur Place, Suite 760
Santa Ana, CA 92707
Telephone:    (714) 708-8190
dmf@txitrustee.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**THE TULVING COMPANY INC. a California corporation,**<br><br>Debtor(s). | Case No. 8:14-bk-11492-ES<br><br>Chapter 7<br><br>**NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION**<br><br>[No Hearing Set] |

**TO THE U.S. BANKRUPTCY COURT – ASSET CLOSING SECTION, OFFICE OF THE UNITED STATES TRUSTEE, ATTORNEY FOR THE DEBTOR AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE OF THE ESTATE:**

   **YOU ARE HEREBY NOTIFIED** that the Chapter 7 Trustee is prepared to file a Final Report and Account in 30 days.

   Professional persons are notified that the last day to file applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(c)(4)(B).

Dated: May 21, 2018          /s/ Weneta M.A. Kosmala
                             Weneta M.A. Kosmala
                             Chapter 7 Bankruptcy Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3 MacArthur Place
Suite 760
Santa Ana, CA  92707

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **5/21/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **5/21/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/21/2018 | David M. Fitzgerald | /s/David M. Fitzgerald |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Wesley H Avery     wavery@thebankruptcylawcenter.com, lucy@averytrustee.com;alexandria@averytrustee.com
Candice Bryner     candice@brynerlaw.com
Philip Burkhardt     phil@burkhardtandlarson.com, stacey@burkhardtandlarson.com
Stephen L Burton     steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com
Frank Cadigan     frank.cadigan@usdoj.gov
Linda F Cantor     lcantor@pszjlaw.com, lcantor@pszjlaw.com
Roger F Friedman     rfriedman@rutan.com
David L Gibbs     david.gibbs@gibbslaw.com, ecf@gibbslaw.com;r65274@notify.bestcase.com
Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
Lawrence J Hilton     lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com
James KT Hunter     jhunter@pszjlaw.com
Robbin L. Itkin     robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com
John H Kim     jkim@cookseylaw.com, jhkim@ecf.courtdrive.com
Weneta M Kosmala (TR)     ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
Nanette D Sanders     becky@ringstadlaw.com, arlene@ringstadlaw.com
Richard C Spencer     rspencer@rspencerlaw.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| Honorable Erithe A. Smith<br>Central District of California<br>Santa Ana Division<br>411 W. Fourth St., Ste 5040<br>Santa Ana, CA  92701-4593 | R. Todd Neilson – Former Trustee<br>2049 Century Park East<br>Suite 2525<br>Los Angeles, CA  90067 | Creditor's Adjustment Bureau, Inc.<br>14226 Ventura Blvd<br>Sherman Oaks, CA  91423 |
| Heritage Numismatic Auctions, Inc.<br>Gregory J. Rohan<br>3500 Maple Avenue, 17t Floor<br>Dallas, TX  75219-3941 | GreatCollections<br>17500 Red Hill Avenue<br>Suite 160<br>Irvine, CA  92614 | Berkeley Research Group, LLC<br>2049 Century Park East, Suite 2525<br>Los Angeles, CA  90067 |
| Van Horn Auctions<br>Appraisal Group, LLC<br>26895 Aliso Creek Road, Suite B<br>Aliso Viejo, CA  92656-5301 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**