| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District of California** | |
| In re: <br> The Tulving Company Inc | CHAPTER NO.: 7 |
| | CASE NO.: 8:14−bk−11492−ES |

# NOTICE OF COURT COSTS DUE

**To: Weneta M A Kosmala, Chapter 7 Trustee**

The following is a breakdown of the court costs that have been incurred in this CHAPTER SEVEN (7) case. This information is provided to complete the Trustee's Final Report; Application for Trustee Fees and Expenses. No hearing has been set at this time.

COURT COSTS DUE:

| | |
|---:|---|
| Appeal $ | |
| Certification $ | |
| Complaint $ | 700.00 |
| Conversion $ | |
| Cross−Appeal $ | |
| Notices (Estimated) $ | |
| Photocopies $ | |
| Reopening Fees $ | |
| Search Fees $ | |
| Other: $ | |
| **Total of Court Costs Due $** | **700.00** |

Payment must be made by **U.S. POSTAL SERVICE MONEY ORDER, or CASHIER'S CHECK payable to the "UNITED STATES BANKRUPTCY COURT"** and be paid in person or by mail to the address listed below. Checks will only be accepted from attorneys or law firms. A copy if this notice must be enclosed with your payment.

**United States Bankruptcy Court**
**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

For the Court  
Dated: May 24, 2018

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Rick Reid**
   **Deputy Clerk**

(Form rev. 10/2010) npcc−VAN191        **747 / REI**