Linda F. Cantor (CA Bar No. 153762)
James K.T. Hunter (CA Bar No. 73369
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
*lcantor@pszjlaw.com*

General Bankruptcy Counsel for Weneta M.A. Kosmala,
Chapter 7 Trustee for the Tulving Company, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE TULVING COMPANY, INC., a California corporation,<br><br>Debtor. | Case No.: 8:14:bk-11492-ES<br><br>Chapter 7<br><br>**DECLARATION OF WENETA M.A. KOSMALA IN SUPPORT OF APPLICATIONS OF PROFESSIONALS IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 2016-(a)(1)(J)**<br><br>[Relates to Docket Nos. 756, 757, and 758]<br><br>[Hearing Date to Be Determined] |

I, Weneta M.A. Kosmala, declare as follows:

1. I am the duly appointed chapter 7 trustee (the "Trustee") for the bankruptcy estate of The Tulving Company, Inc.

2. If called upon to testify, I would testify to the facts set forth in this Declaration. This Declaration is filed in accordance with Local Bankruptcy Rule 2016-1(a)(1)(J).

3. I have reviewed the interim and final fee applications (the "Applications") including the bills that are attached as exhibits to those Applications filed by (1) Pachulski Stang Ziehl &

DOCS_LA:315174.2 59935/002

Jones, LLP, bankruptcy counsel for the Trustee ("PSZJ"); and (2) Berkeley Research Group, LLC, accountants and financial advisors to the Trustee ("BRG").

4. I have no objections to the Applications nor the services rendered and compensation requested by PSZJ or BRG.

5. I support Court approval for the allowance and payment of fees and costs as set forth in the Applications on a final basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of June, 2018 at Santa Ana, California.

_____
Weneta M.A. Kosmala

DOCS_LA:315174.2 59935/002

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify* **DECLARATION OF WENETA M.A. KOSMALA IN SUPPORT OF APPLICATIONS OF PROFESSIONALS IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 2016-(a)(1)(J)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document on **June 20, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) **June 20, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Benjamin Bain-Creed
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 20, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Via Federal Express***
The Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 20, 2018 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| Date | Printed Name | Signature |

DOCS_LA:285471.1 59935/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Wesley H Avery    wavery@thebankruptcylawcenter.com, lucy@averytrustee.com;alexandria@averytrustee.com*
- *Candice Bryner    candice@brynerlaw.com*
- *Philip Burkhardt    phil@burkhardtandlarson.com, stacey@burkhardtandlarson.com*
- *Stephen L Burton    steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com*
- *Frank Cadigan    frank.cadigan@usdoj.gov*
- *Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com*
- *Roger F Friedman    rfriedman@rutan.com*
- *David L Gibbs    david.gibbs@gibbslaw.com, ecf@gibbslaw.com;r65274@notify.bestcase.com*
- *Nancy S Goldenberg    nancy.goldenberg@usdoj.gov*
- *Lawrence J Hilton    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com*
- *James KT Hunter    jhunter@pszjlaw.com*
- *Robbin L. Itkin    robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com*
- *John H Kim    jkim@cookseylaw.com, jhkim@ecf.courtdrive.com*
- *Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com*
- *Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com*
- *Richard C Spencer    rspencer@rspencerlaw.com*
- *United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov*

2