Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: lcantor@pszjlaw.com

Counsel for Weneta M.A. Kosmala, Chapter 7 Trustee for
The Tulving Company, Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE TULVING COMPANY, INC., a California corporation,<br><br>Debtor. | Case No.: 8:14-bk-11492-ES<br><br>Chapter 11<br><br>**DECLARATION OF LINDA F. CANTOR RE: NON-RECEIPT OF OVERBIDS FOR SALE OF REMNANT ASSETS**<br><br>[RELATES TO DOCKET NO. 752]<br><br>[No Further Hearing Required]<br><br>Honorable Erithe A. Smith |

I, Linda F. Cantor, declare as follows:

1. I am an attorney duly admitted to practice in the State of California and before this Court. I am a partner with Pachulski Stang Ziehl & Jones, LLP, counsel to Weneta M.A. Kosmala, Chapter 7 Trustee ("Trustee") in the above-captioned case.

2. Except as otherwise stated herein, all facts set forth in this Declaration are based on my personal knowledge. If I were called to testify thereto, I could and would competently do so.

3. Pursuant to that certain *Notice of Modification of Bidding Procedures Relating to Chapter 7 Trustee's Proposed Sale of Certain Assets of the Debtor's Estate* filed on June 8, 2018 [Dkt. No. 752], modifying the bidding procedures under the Trustee's motion to sell certain

DOCS_LA:315301.1

Remnant Assets to Oak Point Partners, LLC[1], parties were notified that the Trustee would accept overbids for the purchase of the Remnant Assets no later than June 22, 2018 at 4:00 p.m. Pacific Time (the "Overbid Deadline"), with an initial overbid in the amount of at least $9,375.00. Parties were also notified that the Court may approve the sale of the Remnant Assets to Oak Point Partners, LLC if no qualified bids for the purchase of the Remnant Assets are received.

4. The Overbid Deadline has now passed and no overbids for the purchase of the Remnant Assets have been received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2018 in Los Angeles, California

*[signature]*
Linda F. Cantor

---

[1] *See Notice of Motion and Motion of Chapter 7 Trustee for Order Authorizing Sale of Certain Assets of the Debtor's Estate Free and Clear of Liens, Claims, Interests and Encumbrances and Related Relief; Memorandum of Points and Authorities; and Declaration of Weneta M.A. Kosmala in Support Thereof* [Dkt. No. 743].

DOCS_LA:315301.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled **DECLARATION OF LINDA F. CANTOR RE: NON-RECEIPT OF OVERBIDS FOR SALE OF REMNANT ASSETS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 22, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 22, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 22, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
The Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 22, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

DOCS_LA:315301.1

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Michael R Adele on behalf of Defendant Armen Haig Gugasian
techlitcenter@yahoo.com, kadele@wgllp.com

Michael R Adele on behalf of Defendant Levon Gugasian
techlitcenter@yahoo.com, kadele@wgllp.com

Wesley H Avery on behalf of Consumer Privacy Ombudsman Wesley H Avery
wamiracle6@yahoo.com, wavery@rpmlaw.com

Candice Bryner on behalf of Creditor Giuseppe Minuti
candice@brynerlaw.com

Candice Bryner on behalf of Interested Party Candice Bryner
candice@brynerlaw.com

Philip Burkhardt on behalf of Other Professional Karen Duddlesten
phil@burkhardtandlarson.com, stacey@burkhardtandlarson.com

Stephen L Burton on behalf of Attorney Stephen L. Burton
steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Linda F Cantor, ESQ on behalf of Other Professional Pachulski Stang Ziehl & Jones LLP
lcantor@pszjlaw.com, lcantor@pszjlaw.com

David L Gibbs on behalf of Creditor Kenneth W Stach
david.gibbs@gibbslaw.com, ecf@gibbslaw.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Lawrence J Hilton on behalf of Creditor Jeffrey Roth
lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;janderson@onellp.com;crodriguez@onellp.com;lit@oneil-llp.com

James KT Hunter on behalf of Plaintiff R. TODD NEILSON
jhunter@pszjlaw.com

James KT Hunter on behalf of Plaintiff R. Todd Neilson
jhunter@pszjlaw.com

John H Kim on behalf of Creditor Ford Motor Credit Company LLC
jkim@cookseylaw.com

Weneta M Kosmala (TR)
ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com

Nanette D Sanders on behalf of Creditor Levon Gugasian
becky@ringstadlaw.com

Richard C Spencer on behalf of Interested Party Courtesy NEF
rspencer@rspencerlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

DOCS_LA:315301.1

**2. SERVED BY UNITED STATES MAIL:**

Chapter 7 Trustee
Weneta M.A. Kosmala
3 MacArthur Place, Suite 760
Santa Ana, CA 92707

Attorneys for Debtor
James F. Wyatt, III
Wyatt & Blake, LLP
435 East Morehead Street
Charlotte, NC 28202

Laurence P Nokes on behalf of Interested Party John Frankel
Nokes & Quinn
410 Broadway St Ste 200
Laguna Beach, CA 92651

Brent Murdoch
Murdoch & Morris, LLP
114 Pacifica, Ste. 320
Irvine, CA 92618

Interested Party
Frye & Hsieh
Douglas J Frye Esquire
24955 Pacific Coast Highway # A201
Malibu, CA 90265

Counsel for Creditor Levon Gugasian
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
2030 Main Street, Suite 1600
Irvine, CA 92614

Benjamin Bain-Creed
Assistant United States Attorney
Florida Bar #0021436
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202

Sharon Kopman
Oak Point Partners
P.O. Box 1033
Northbrook, IL 60065-1033

DOCS_LA:315301.1