ORIGINAL



FILED
NOV 05 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:  _____ Deputy Clerk

WENETA M.A. KOSMALA
CHAPTER 7 BANKRUPTCY TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA 92707
(714) 708-8190

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:
The Tulving Company Inc

Debtor(s)

Case No. 8:14-BK-11492 ES

Chapter 7

**TRANSMITTAL FOR PAYMENT OF MISCELLANEOUS COURT COSTS**

To:    CLERK OF THE UNITES STATES BANKRUPTCY COURT

Check Number 1022, in the amount of $700.00 is remitted as payment of Miscellaneous Court Costs as ordered by the Court.

**BREAKDOWN OF MISCELLANEOUS COSTS:**

| | | | |
|---|---|---|---|
| Complaints (Can 330) | $ 700.00 | Search Fee (Can 360) | $ 0.00 |
| Notices (Can 360/365) | $ 0.00 | Photocopies (Can 350) | $ 0.00 |
| Certification (Can 350) | $ 0.00 | Claims in excess of 10 | $ 0.00 |
| UST Fees | $ 0.00 | (Other) | $ 0.00 |

Dated: November 02, 2018

/s/Weneta M.A. Kosmala
WENETA M.A. KOSMALA, Chapter 7 Trustee

Case 8:14-bk-11492-ES    Doc 747    Filed 05/24/18    Entered 05/24/18 10:17:10    Desc
NoticeOfCourtCostDue    Page 1 of 1

# United States Bankruptcy Court
## Central District of California

| In re:<br>The Tulving Company Inc | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 8:14-bk-11492-ES |

## NOTICE OF COURT COSTS DUE

**To: Weneta M A Kosmala, Chapter 7 Trustee**

The following is a breakdown of the court costs that have been incurred in this CHAPTER SEVEN (7) case. This information is provided to complete the Trustee's Final Report; Application for Trustee Fees and Expenses. No hearing has been set at this time.

COURT COSTS DUE:

| | |
|---:|:---|
| Appeal $ | |
| Certification $ | |
| Complaint $ | 700.00 |
| Conversion $ | |
| Cross-Appeal $ | |
| Notices (Estimated) $ | |
| Photocopies $ | |
| Reopening Fees $ | |
| Search Fees $ | |
| Other: $ | |
| **Total of Court Costs Due $** | **700.00** |

Payment must be made by **U.S. POSTAL SERVICE MONEY ORDER, or CASHIER'S CHECK payable to the "UNITED STATES BANKRUPTCY COURT"** and be paid in person or by mail to the address listed below. Checks will only be accepted from attorneys or law firms. A copy if this notice must be enclosed with your payment.

**United States Bankruptcy Court
411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593**

For the Court
Dated: May 24, 2018

KATHLEEN J. CAMPBELL, CLERK OF COURT

By: Rick Reid
Deputy Clerk

(Form rev. 10/2010) npcc-VAN191

747 / REI

